Summons in a Civil Action (Rev 11/97)

# United States District Court FILED

## SOUTHERN DISTRICT OF CALIFORNIA

09 OCT 23 PM 12:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

EDWARD PERUTA

vs

COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF

SUMMONS IN A CIVIL ACTION

Case No. '09 CV 2371 IEG - BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

PAUL H. NEUHARTH, JR. (SBN147073)
1140 UNION STREET, SUITE 102
SAN DIEGO, CA 92101

An answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 23 2009

DATE

By _____, Deputy Clerk

     J. LLOYD

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)