1  JOHN J. SANSONE, County Counsel
   Answering Defendant of San Diego
2  By JAMES M. CHAPIN, Senior Deputy (SBN 118530)
   1600 Pacific Highway, Room 355
3  San Diego, CA  92101
   Telephone:  (619) 531-5244
4  james.chapin@sdcounty.ca.gov
   Attorneys for Defendant William D. Gore

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>    Defendants. | USSD No. **09-CV-2371 IEG (BLM)**<br><br>**DEFENDANT WILLIAM D. GORE'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br>[Fed.R.Civ.P., 12(b)(6)]<br><br>Date:  December 21, 2009<br>Time:  10:30 a.m.<br>Dept:  1 – Courtroom of the<br>          Hon. Irma E. Gonzalez |

PLEASE TAKE NOTICE that on December 21, 2009, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Irma E. Gonzalez, United States District Judge, located at 940 Front Street, San Diego, California, Defendant William D. Gore in his official capacity as Sheriff will move to dismiss Plaintiff's Complaint on grounds that it fails to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure, rule 12(b)(6).

The motion will be based upon this notice, upon the accompanying memorandum of points and authorities, and upon all papers and pleadings on file in this action.

DATED: November 12, 2009      JOHN J. SANSONE, County Counsel

                                   By: s/ JAMES M. CHAPIN, Senior Deputy
                                   Attorneys for Defendant William D. Gore

## Declaration of Service

I, the undersigned, declare:

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On November 12, 2009, I served the following documents:  (1) **DEFENDANT WILLIAM D. GORE'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**; (2) **DEFENDANT WILLIAM D. GORE'S POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT** [Fed.R.Civ.P., 12(b)(6)   in the following manner:

☐    By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☒    By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Paul H. Neuharth, Jr., Esq.
Law Offices of Paul H Neuharth
1140 Union Street, Suite 102
San Diego, CA  92101
T: (619) 231-0401
F: (619) 231-8759
E-mail: pneuharth@sbcglobal.net
(Attorney for Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2009, at San Diego, California.

By: s/ JAMES M. CHAPIN
E-mail: james.chapin@sdcounty.ca.gov

Edward Peruta v. County of San Diego, et al.; USDC No. 09-CV-2371-IEG (BLM)