# EXHIBIT "C"

DEERING'S CALIFORNIA CODES ANNOTATED
Copyright (c) 2009 by Matthew Bender & Company, Inc.
a member of the LexisNexis Group.
All rights reserved.

ELECTIONS CODE
Division 0.5.  Preliminary Provisions
Chapter 4.  Definitions

*Cal Elec Code § 349* (2009)

**§ 349.  "Residence"**

(a) "Residence" for voting purposes means a person's domicile.

(b) The domicile of a person is that place in which his or her habitation is fixed, wherein the person has the intention of remaining, and to which, whenever he or she is absent, the person has the intention of returning. At a given time, a person may have only one domicile.

(c) The residence of a person is that place in which the person's habitation is fixed for some period of time, but wherein he or she does not have the intention of remaining. At a given time, a person may have more than one residence.

*Cal Elec Code § 2032* (2009)

**§ 2032.  More than one residence; No physical residence within year**

Except as provided in this article, if a person has more than one residence and that person has not physically resided at any one of the residences within the immediate preceding year, there shall be a rebuttable presumption that those residences in which he or she has not so resided within the immediate preceding year are merely residences as defined in subdivision (c) of Section 349 and not his or her domicile.

# EXHIBIT "D"

CALIFORNIA

IDENTIFICATION CARD

EXPIRES 01-21-15

D2855615

EDWARD ALLAN PERUTA
3151 DRISCOLL DR
SAN DIEGO CA 92117

SEX:M     HAIR:BLN
HT:6-03   WT:260

EYES:BL
DOB:01-2:

DONOR

04/29/2009 519 39   FD/15