UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD PERUTA, | ) | Case No. 09cv2371-IEG (BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER CHANGING PRETRIAL** |
| | ) | **CONFERENCE DATE** |
| v. | ) | |
| | ) | |
| COUNTY OF SAN DIEGO, WILLIAM D. | ) | |
| GORE, INDIVIDUALLY AND IN HIS | ) | |
| CAPACITY AS SHERIFF, | ) | |
| | ) | |
| Defendants. | ) | |

///

///

///

///

///

///

///

///

///

///

///

The Court's March 22, 2010 Case Management Order [doc. no. 12] contained a typographical error and is therefore amended as follows:

1.   The final pretrial conference is scheduled on the calendar of the Honorable Irma E. Gonzalez on **January 10, 2011** at **10:30 a.m.**  The trial date will be assigned by Judge Gonzalez at the pretrial conference.

2.   All other requirements, dates and deadlines remain as previous set and will not be modified except for good cause shown.  See id.

**IT IS SO ORDERED.**

DATED:  March 23, 2010

BARBARA L. MAJOR
United States Magistrate Judge

2

09cv2371-IEG (BLM)