PAUL NEUHARTH, JR., APC
pneuharth@sbcglobal.net
1440 Union Street, Suite 102
San Diego, CA 92101
Telephone:  (619) 231-0401
Facsimile:   (619) 231-8759

C.D. Michel – SBN 144257
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone:  (562) 216-4444
Facsimile:   (562) 216-4445

Attorneys for
EDWARD PERUTA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO; and WILLIAM D. GORE, individually and in his capacity as sheriff,<br><br>　　　　Defendants. | CASE NO: 09-CV-2371 IEG (BLM)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    PLEASE TAKE NOTICE that Plaintiff Edward Peruta hereby associates as counsel in this action C.D. Michel and the law firm of Michel & Associates.

    Please update your file accordingly and serve all documents to:

Michel & Associates, P.C.
180 East Ocean Blvd., Ste. 200
Long Beach, CA  90802

Dated: April 21, 2010  **MICHEL & ASSOCIATES, P.C.**

/s/C.D. Michel
C.D. Michel
Email: cmichel@michellawyers.com
Counsel for Plaintiff Edward Peruta

Dated: April 21, 2010  **PAUL NEUHARTH, JR., APC**

/s/Paul Neuharth, Jr.
Paul Neuharth, Jr.
E-mail:
Counsel for Plaintiff Edward Peruta

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| 3 | EDWARD PERUTA, | ) CASE NO: 09-CV-2371 IEG (BLM) |
| 4 | Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| 5 | v. | ) |
| 6 | COUNTY OF SAN DIEGO; and WILLIAM D. GORE, individually | ) |
| 7 | and in his capacity as sheriff, | ) |
| 8 | Defendants. | ) |
| 9 | | ) |

10  I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

12  I am not a party to the above-entitled action. I have caused service of:

13  **NOTICE OF ASSOCIATION OF COUNSEL**

14  on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

James M. Chapin
County of San Diego, Office of County Counsel
1600 Pacific Highway
Room 355
San Diego, CA 92101-2469
(619) 531-5244
Fax: (619) 531-6005
james.chapin@sdcounty.ca.gov

20  I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2010.

/s/ C.D. Michel
C.D. Michel