C.D. Michel – SBN 144257
Don B. Kates – SBN 39193
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:  (562) 216-4445
Attorneys for Plaintiffs / Petitioners

Paul Neuharth, Jr. (State Bar #147073)
pneuharth@sbcglobal.net
PAUL NEUHARTH, JR., APC
1440 Union Street, Suite 102
San Diego, CA 92101
Telephone: (619) 231-0401
Facsimile:  (619) 231-8759
Attorney for Plaintiff / Petitioner EDWARD PERUTA

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, | CASE NO. 09-CV-2371 IEG (BLM) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT; EXHIBIT "A" (PROPOSED FIRST AMENDED COMPLAINT)** |
| v. | |
| COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, | Date:      June 1, 2010<br>Time:      10:30 a.m.<br>Courtroom: 1; Fourth Floor<br>Hon. Irma E. Gonzalez |
| Defendants. | |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on June 21, 2010 at 10:30 a.m., Plaintiff will, and by simultaneous submission herewith of the motion itself hereby does, move this Court for an Order granting Plaintiff leave to amend the Complaint in this matter and file a First Amended Complaint.

/ / /

/ / /

/ / /

1 | This Motion is made pursuant to Federal Rule of Civil Procedure ("FRCP")
2 | 15(a) and is based on this Notice, the supporting Memorandum of Points and
3 | Authorities, the Declaration of C.D. Michel, Exhibit "A," the pleadings and papers
4 | on file herein, the record to date in this matter, and upon such other matters as may
5 | be presented to the Court at the time of the hearing.

DATED: April 22, 2010           **MICHEL & ASSOCIATES, PC**

By:  / s /C.D. Michel
     C.D. Michel
     Attorney for Plaintiffs


DATED: April 22, 2010           **PAUL NEUHARTH, JR., APC**

By:  / s /Paul Neuharth, Jr.
     Paul Neuharth, Jr.
     Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, | CASE NO. 09-CV-2371 IEG (BLM) |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| COUNTY OF SAN DIEGO, AND WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT; EXHIBIT "A" (PROPOSED FIRST AMENDED COMPLAINT)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619) 531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1440 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone: (619) 231-0401<br>Facsimile: (619) 231-8759<br>pneuharth@sbcglobal.net |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2010

/ s / C.D. Michel
C. D. Michel
Attorney for Plaintiffs