1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11   IN RE TRANSFER OF CASES FROM)      **TRANSFER ORDER**
     MAGISTRATE JUDGE BARBARA L.)
12   MAJOR  TO  MAGISTRATE  JUDGE)
     BERNARD G. SKOMAL          )
13   _____)

14

15       **IT IS HEREBY ORDERED** that the following listed cases are

16   transferred from the calendar of the Honorable Barbara L.

17   Major, to the calendar of the Honorable Bernard G. Skomal for

18   all further proceedings.  All conference or hearing dates set

19   before Magistrate Judge Major, if any, are vacated and will be

20   rescheduled before Magistrate Judge Skomal.  All dates set

21   before any district judge remain unchanged.

22   Case No.            Title

23   10cv82-JM           March v. ABM Security Services, Inc.

24   09cv2786-JM—NO      Pines v. Zions First Nat'l Bank, et al.

25   09cv952-LAB         McCall's Country Canning, Inc. v. Paula

26                       Deen Enterprises, LLC, et al.

27   09cv2784-W          Scripps  Health  v.  Vision  Software

28                       Technologies, Inc.

| | | |
|---|---|---|
| 1 | 09cv641-L | Crowley v. Eipcept Corp. |
| 2 | 09cv2639-JAH | Krueger v. Wachovia |
| 3 | 09cv2371-IEG | Perunta v. County of San Diego |
| 4 | 10cv45-MMA | Khosho v. Travelers Property Casualty |
| 5 | | Insurance Co. |
| 6 | 09cv67-BEN | Flanagan v. Astrue |
| 7 | 06cv2388-LAB | Lima v. Kramer |
| 8 | 09cv2566-JLS | Wright v. Grannis |

**IT IS SO ORDERED.**

DATED:   April 29, 2010

_Barbara L. Major_
BARBARA L. MAJOR
United States Magistrate Judge

-2-