C.D. Michel – SBN 144257
Clint B. Monfort – SBN 255609
Sean A. Brady – SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
Attorneys for Plaintiffs / Petitioners

Paul Neuharth, Jr. – SBN 147073
pneuharth@sbcglobal.net
PAUL NEUHARTH, JR., APC
1440 Union Street, Suite 102
San Diego, CA 92101
Telephone:  (619) 231-0401
Facsimile:   (619) 231-8759
Attorney for Plaintiff / Petitioner EDWARD PERUTA

**UNITED STATES DISTRICT COURT**

**SOUTHERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD PERUTA,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>  Defendants. | **CASE NO: 09-CV-2371 IEG (BGS)**<br><br>**JOINT MOTION OF THE PARTIES TO MODIFY SCHEDULING ORDER**<br><br>*Pursuant to* Fed. R. Civ. P. 16(b)(4)<br><br>Honorable Irma E. Gonzalez, presiding<br><br>Action Filed: October 23, 2009<br>Trial Date: |

**I.**

**INTRODUCTION**

The parties, Plaintiff Edward Peruta ("Plaintiff") and Defendants County of San Diego and Sheriff William D. Gore (collectively "Defendants"), through their respective attorneys of record, hereby move the Court to set a new Case Management Conference in order to reschedule certain dates set by this Court in the Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings dated March 22, 2010.

## II.

## **RECITALS**

WHEREAS, Plaintiff filed his Complaint on October 23, 2009;

WHEREAS, the Order of March 22, 2010, set the following dates:

1. Last Day to disclose expert witnesses and produce reports pursuant to Fed. R. Civ. P. 26 (a) (2) shall be June 4, 2010; and

2. Discovery Cut-off Date shall be July 30, 2010;

3. Filing of pretrial motions cut-off date shall be June 27, 2010;

WHEREAS, Plaintiff filed a Motion for Leave to File Amended Complaint on April 22, 2010;

WHEREAS, the Court has to date not ruled on Plaintiff's Motion for Leave to File Amended Complaint and the deadline for disclosing expert witnesses and producing reports pursuant to Fed. R. Civ. P. 26 (a) (2) according to the Order of March 22, 2010 is June 4, 2010;

WHEREAS, Plaintiff's Motion for Leave to File Amended Complaint seeks to add new parties;

WHEREAS, Fed. R. Civ. P. 26 (a) (1) (D) allows a party joined after a Fed. R. Civ. P. 26 (f) Case Management Conference 30 days after being joined to conduct initial disclosures, which possibly conflicts with this Court's Order of March 22, 2010;

WHEREAS, all parties believe this Court's Order of March 22, 2010 should be vacated, and a new Fed. R. Civ. P. 26 (f) Case Management Conference for this Action should be scheduled to establish a new discovery schedule;

WHEREAS, the parties do not believe a new Case Management Conference will prejudice any party or result in undue delay;

WHEREAS, Federal Rule of Civil Procedure ("FRCP") Rule 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order; and

WHEREAS, the parties have not yet requested any extension in this matter. NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE AND MOVE THIS COURT TO MODIFY THE ORDER OF MARCH 22, 2010 AND ESTABLISH A REVISED DISCOVERY SCHEDULE TO BE DETERMINED AT A NEW CASE MANAGEMENT CONFERENCE.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 4, 2010         **MICHEL & ASSOCIATES, P.C.**

/s/ C. D. Michel
C.D. Michel
Attorney for Plaintiff Edward Peruta

Dated: June 4, 2010         **PAUL NEUHARTH, JR., APC**

/s/ Paul Neuharth, Jr.
Paul Neuharth, Jr.
Attorney for Plaintiff Edward Peruta

Dated: June 4, 2010         **JAMES M. CHAPIN, County Counsel**

/s/ James M. Chapin
Attorney for Defendants County of San Diego and William D. Gore

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>　　　　Defendants. | CASE NO. 09-CV-2371 IEG (BLM)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

　　I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

　　I am not a party to the above-entitled action. I have caused service of:

**JOINT MOTION OF THE PARTIES TO MODIFY SCHEDULING ORDER**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1440 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone:　(619) 231-0401<br>Facsimile:　 (619) 231-8759<br>pneuharth@sbcglobal.net |

　　I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2010.

　　　　　　　　　　　　　　　　/s/ C. D. Michel
　　　　　　　　　　　　　　　　C.D. Michel
　　　　　　　　　　　　　　　　Attorney for Plaintiff