1  C.D. Michel – SBN 144257
   Clint B. Monfort – SBN 255609
2  Sean A. Brady – SBN 262007
   cmichel@michellawyers.com
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Facsimile:   (562) 216-4445
   Attorneys for Plaintiffs / Petitioners
6
   Paul Neuharth, Jr. – SBN 147073
7  pneuharth@sbcglobal.net
   PAUL NEUHARTH, JR., APC
8  1440 Union Street, Suite 102
   San Diego, CA 92101
9  Telephone:   (619) 231-0401
   Facsimile:   (619) 231-8759
10 Attorney for Plaintiff / Petitioner EDWARD PERUTA

11

12                   **UNITED STATES DISTRICT COURT**

13                 **SOUTHERN  DISTRICT OF CALIFORNIA**

14

15  EDWARD PERUTA, MICHELLE          )   **CASE NO: 09-CV-2371 IEG (BGS)**
    LAXSON, JAMES DODD, DR.          )
16  LESLIE BUNCHER, MARK             )   **JOINT MOTION OF THE PARTIES**
    CLEARY, and CALIFORNIA RIFLE     )   **TO ADOPT STIPULATED**
17  AND PISTOL ASSOCIATION           )   **BRIEFING SCHEDULE**
    FOUNDATION                       )
18                                   )   *Pursuant to* Fed. R. Civ. P. 16(b)(4)
              Plaintiffs,            )
19                                   )   Honorable Irma E. Gonzalez, presiding
         v.                          )
20                                   )   Date Action Filed: October 23, 2009
    COUNTY OF SAN DIEGO,             )
21  WILLIAM D. GORE,                 )
    INDIVIDUALLY AND IN HIS          )
22  CAPACITY AS SHERIFF,             )
                                     )
23            Defendants.            )
                                     )
24  ─────────────────────────────────)

25

26

27

28

# I.

## INTRODUCTION

The parties, Plaintiffs Edward Peruta, Michelle Laxson, James Dodd, Dr. Leslie Buncher, Mark Cleary, and California Rifle & Pistol Association Foundation (collectively "Plaintiffs") and Defendants County of San Diego and Sheriff William D. Gore (collectively "Defendants"), through their respective attorneys of record, hereby jointly move the Court to adopt the stipulated briefing schedule set forth herein.

# II.

## RECITALS/GROUNDS FOR RELIEF

WHEREAS, Plaintiffs in this matter filed their First Amended Complaint on June 25, 2010.

WHEREAS, Defendants have established policies and practices for issuing permits to carry a concealed weapon pursuant to California Penal Code section 12050, which allows for the issuance or denial of such permits based on a determination of whether the applicant has "good cause" as that term is understood by the County.

WHEREAS, the lawsuit challenges the constitutionality of these policies and practices of Defendants in determining "good cause."

WHEREAS, either Defendants denied Plaintiffs' formal application or renewal request for a permit to carry a concealed weapon or, in the case of Plaintiff Laxson, Defendants' policies and practices dissuaded Plaintiffs from formally applying because they could not "demonstrate the specific situation that places them in danger and submit evidence of current incidents which documents their claim."

WHEREAS, Defendants deny Plaintiffs' assertions that their policies and practices in issuing permits to carry a concealed weapon pursuant to California Penal Code section 12050 are unconstitutional.

1      WHEREAS, Plaintiffs and Defendants fundamentally disagree on whether

2 the Second Amendment right to keep and bear arms as enunciated in *District of*

3 *Columbia v. Heller*, 128 S. Ct. 2783 (U.S. 2008) and *McDonald v. Chicago*, 130 S.

4 Ct. 3020 (U.S. 2010) guarantees the right of law-abiding, responsible people to

5 obtain a license to carry a firearm for self-defense.

6      AND WHEREAS, THE PARTIES HAVE STIPULATED AND AGREED

7 TO THE FOLLOWING:

8      1. Plaintiffs shall file a Motion for Partial Summary Judgment on or before

9 September 3, 2010, the supporting Points and Authorities for which shall not

10 exceed 25 pages.

11      2. Defendants shall file their Opposition to Plaintiffs' Motion, and

12 simultaneously Defendants' Cross Motion for Partial Summary Judgement or

13 Summary Judgment on or before October 4, 2010, the supporting Points and

14 Authorities for which shall not exceed 35 pages total.

15      3. Plaintiffs shall file their Reply to Defendants' Opposition and

16 simultaneously Plaintiffs' Opposition to Defendants' Cross Motion on or before

17 October 11, 2010, the supporting  Points and Authorities for which shall not exceed

18 20 pages total.

19      4. Defendants shall file their Reply to Plaintiffs' Opposition on or before

20 October 18, 2010, the supporting Points and Authorities for which shall not exceed

21 10 pages. The issues addressed in this Reply shall be limited to responding to the

22 issues raised in Plaintiffs' Opposition to Defendants' Cross Motion.  This Reply

23 shall not address issues raised in Plaintiffs' Reply to Defendants' Opposition.  In

24 other words, this is not and shall not be written as a sur-reply.

25 / / /

26 / / /

27 / / /

28

5.  Plaintiffs' Motion and Defendants' Cross Motion should be heard in this Court on November 1, 2010.

The parties hereby jointly request that the court to grant the relief sought by this motion and amend the briefing schedule in this case in accordance therewith.

Dated: September 3, 2010            **MICHEL & ASSOCIATES, P.C.**

/s/ C. D. Michel
C.D. Michel
Attorney for Plaintiff Edward Peruta

Dated: September 3, 2010            **PAUL NEUHARTH, JR., APC**

/s/ Paul Neuharth, Jr.(as approved on 9/3/10)
Paul Neuharth, Jr.
Attorney for Plaintiff Edward Peruta

Dated: September 3, 2010            **JAMES M. CHAPIN, County Counsel**

/s/ James M. Chapin(as approved on 9/3/10)
Attorney for Defendants County of San Diego and William D. Gore

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | **CASE NO. 09-CV-2371 IEG (BGS)**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT MOTION OF THE PARTIES TO ADOPT STIPULATED BRIEFING SCHEDULE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619)-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1440 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone: (619) 231-0401<br>Facsimile: (619) 231-8759<br>pneuharth@sbcglobal.net |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2010.

/s/ C. D. Michel
C.D. Michel
Attorney for Plaintiff