C.D. Michel – SBN 144257
Clint B. Monfort – SBN 255609
Sean A. Brady – SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
Attorneys for Plaintiffs / Petitioners

Paul Neuharth, Jr. – SBN 147073
pneuharth@sbcglobal.net
PAUL NEUHARTH, JR., APC
1140 Union Street, Suite 102
San Diego, CA 92101
Telephone:  (619) 231-0401
Facsimile:   (619) 231-8759
Attorney for Plaintiffs / Petitioners

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**PLAINTIFFS' EX PARTE APPLICATION TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**<br><br>Hon. Irma E. Gonzalez<br><br>Date Action Filed: October 23, 2009 |

Plaintiffs Edward Peruta, Michelle Laxson, James Dodd, Dr. Leslie Buncher, Mark Cleary, and California Rifle and Pistol Association Foundation (collectively "Plaintiffs") hereby apply to the Court and respectfully request, pursuant to Local Civil Rule 79.2.c, that this Court issue an Order allowing Plaintiffs to file the following documents under seal as attachments in support of their Motion for

1  Partial Summary Judgment as provided for and allowed in the Court's Protective
2  Order dated July 14, 2010: Exhibits "F," "K" through "L," "O" through "S," "U"
3  through "PP," and "VV."
4      The documents that the Plaintiffs seek to file under seal were received by
5  Plaintiffs' counsel on Monday, August 30, 2010. Plaintiffs' counsel was unable to
6  meet and confer with Defendants' counsel regarding whether the documents are
7  "Confidential" or "Confidential – Attorney's Eyes Only" and thus subject to the
8  Protective Order because Defendants' counsel is on vacation.
9      However, Defendants' counsel was aware of Plaintiffs' pending Motion for
10 Partial Summary Judgment (filed with this Court on September 3, 2010), as he
11 stipulated to the proposed briefing schedule (*see* Joint Motion of the Parties to
12 Adopt Briefing Schedule, also filed with this court on September 3, 2010), and
13 therefore knew or should have known that these documents would be used as
14 exhibits and potentially be subject to disclosure. Despite this, Defendants' counsel
15 marked the disc containing the documents at issue with the word "Confidential,"
16 but failed to include a Legend with any of the documents as required by Paragraphs
17 I.5 and III of this Court's Protective Order. As such, Plaintiffs' counsel were not
18 provided with clear information regarding whether or not Defendants' counsel
19 intended these documents to be "Confidential," "Confidential – Attorney's Eyes
20 Only," or neither.
21 / / /
22 / / /
23 / /

For these reasons, Plaintiffs respectfully request that the Court issue an Order permitting the filing under seal of the indicated documents supplementing Plaintiffs' Motion for Partial Summary Judgment.

DATED: September 3, 2010    **MICHEL & ASSOCIATES, PC**

By: / s /C.D. Michel
C.D. Michel
Attorney for Plaintiffs

DATED: September 3, 2010    **PAUL NEUHARTH, JR., APC**

By: /s/ Paul Neuharth, Jr. (as approved on 9/3/10)
Paul Neuharth, Jr.
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>　　　　Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

　　I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

　　I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' EX PARTE APPLICATION TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1440 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone: (619) 231-0401<br>Facsimile: (619) 231-8759<br>pneuharth@sbcglobal.net |

　　I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2010.

　　　　　　　　　　　　　　/s/ C.D. Michel
　　　　　　　　　　　　　　C. D. Michel
　　　　　　　　　　　　　　Attorney for Plaintiffs