| | |
|---|---|
| 1 | C.D. Michel – SBN 144257 |
|  | Clint B. Monfort – SBN 255609 |
| 2 | Sean A. Brady – SBN 262007 |
|  | cmichel@michellawyers.com |
| 3 | MICHEL & ASSOCIATES, P.C. |
|  | 180 E. Ocean Blvd., Suite 200 |
| 4 | Long Beach, CA 90802 |
|  | Telephone: (562) 216-4444 |
| 5 | Facsimile:  (562) 216-4445 |
|  | Attorneys for Plaintiffs / Petitioners |
| 6 | |
|  | Paul Neuharth, Jr. – SBN 147073 |
| 7 | pneuharth@sbcglobal.net |
|  | PAUL NEUHARTH, JR., APC |
| 8 | 1140 Union Street, Suite 102 |
|  | San Diego, CA 92101 |
| 9 | Telephone:  (619) 231-0401 |
|  | Facsimile:   (619) 231-8759 |
| 10 | Attorney for Plaintiffs / Petitioners |

**UNITED STATES DISTRICT COURT**

**SOUTHERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION | CASE NO: 09-CV-2371 IEG (BGS) |
|  | **NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|  | **(ORAL ARGUMENT REQUESTED)** |
| Plaintiffs, | Date: November 1, 2010 |
| v. | Time: 10:30 a.m. |
|  | Location: Courtroom 1 |
| COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, | Judge: Hon. Irma E. Gonzalez |
|  | Date Action Filed: October 23, 2009 |
| Defendants. | |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on November 1, 2010 at 10:30 a.m., or as soon thereafter as counsel can be heard, in the above-listed Court, Plaintiffs Edward Peruta, Michelle Laxson, James Dodd, Dr. Leslie Buncher, Mark Cleary, and California Rifle and Pistol Association Foundation (collectively "Plaintiffs") will, and by simultaneous submission herewith of this motion hereby do, move this

1                                                             09-CV-2371 IEG (BGS)

1  Court for an Order granting Plaintiffs' Motion for Partial Summary Judgment
2  against Defendants pursuant to Federal Rule of Civil Procedure 56, on the grounds
3  that Defendants' policies and procedures challenged in this litigation violate the
4  Second and Fourteenth Amendments of the United States Constitution and
5  unlawfully infringe upon Plaintiffs' rights thereunder.
6      As Plaintiffs' case presents no genuine issue as to any material fact, with
7  regard to these claims for which Plaintiffs seek relief, summary judgment is
8  warranted as a matter of law.
9      This Motion is based on this Notice of Motion and Motion, the
10 accompanying Memorandum of Points and Authorities and Exhibits in support
11 thereof, the Declarations of Edward Peruta, Michelle Laxson, Mark Cleary, and
12 California Rifle and Pistol Association Foundation President Silvio Montanarella,
13 the pleadings and papers on file herein, the record to date in this matter, and upon
14 such other matters as may be presented to the Court at the time of the hearing.

15 Dated: September 3, 2010        **MICHEL & ASSOCIATES, PC**
16
17                                 /s/C.D. Michel
                                   C. D. MICHEL
18                                 Attorney for Plaintiffs
19
20 Dated: September 3, 2010        **PAUL NEUHARTH, JR., APC**
21
22                                 /s/ Paul Neuharth, Jr. (as approved on 9/3/10)
                                   Paul Neuharth, Jr.
23                                 Attorney for Plaintiff Edward Peruta
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | **CASE NO. 09-CV-2371 IEG (BGS)**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1140 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone:  (619) 231-0401<br>Facsimile:   (619) 231-8759<br>pneuharth@sbcglobal.net |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2010.

/s/ C.D. Michel
C. D. Michel
Attorney for Plaintiffs