```
1  C.D. Michel – SBN 144257
   Clint B. Monfort – SBN 255609
2  Sean A. Brady – SBN 262007
   cmichel@michellawyers.com
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Facsimile:   (562) 216-4445
   Attorneys for Plaintiffs / Petitioners
6
   Paul Neuharth, Jr. – SBN 147073
7  pneuharth@sbcglobal.net
   PAUL NEUHARTH, JR., APC
8  1140 Union Street, Suite 102
   San Diego, CA 92101
9  Telephone:  (619) 231-0401
   Facsimile:    (619) 231-8759
10 Attorney for Plaintiffs / Petitioners
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>    Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**DECLARATION OF MICHELLE LAXSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:            November 1, 2010<br>Time:           10:30 a.m.<br>Location:     Courtroom 1<br>Judge:         Hon. Irma E. Gonzalez<br>Date Action Filed: October 23, 2009 |

# **DECLARATION OF MICHELLE LAXSON**

I, Michelle Laxson, declare as follows:

1. I am a resident of San Diego County and a United States Citizen over 21 years of age.

2. I am not prohibited under federal or California law from purchasing or possessing firearms.

3. I would carry a handgun in public for self-defense on occasions I deemed appropriate, but do not do so because I fear prosecution, as I do not possess a valid license to carry a concealed firearm pursuant to California Penal Code § 12050.

4. On or about January 25, 2010, I attended the initial interview portion of the San Diego County Sheriff's application process for a permit to carry a concealed handgun with the Licensing Department. I attended the interview with the intention of obtaining a permit to carry a concealed handgun.

5. During the January 25, 2010 interview, I was asked questions about my reasons for wanting a permit to carry a concealed handgun. The cause I related to the interviewer for desiring a permit to carry a concealed handgun was general self-protection; especially, for when I transport large sums of money from my business to my home, and when I have to travel alone, which I do often for both business and personal reasons.

6. After my initial interview, the interviewer from the Licensing Department told me that I failed to establish "good cause" as determined by the San Diego County Sheriff's Department, and would likely not be issued a permit to carry a concealed handgun. She told me that I could still officially apply for the permit, but that I would not be refunded some of the fees associated with submitting an official application.

/ / /

/ / /

/ / /

1    7. Based on the San Diego County Sheriff's Department's stated policy as to
2 its requirements for establishing "good cause," and what I was told by the
3 interviewer from the Licensing Department at my initial interview, I decided not to
4 submit a formal Department of Justice application for a permit to carry a concealed
5 handgun, believing I would be denied and it would be a waste of my money and
6 time.
7    I declare under penalty of perjury that the foregoing is true and correct.
8 Executed in the United States on September _3_, 2010.

*Michelle Laxson*
Michelle Laxson

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, <br><br> Defendants. | CASE NO. 09-CV-2371 IEG (BGS) <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF MICHELLE LAXSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

James M. Chapin
County of San Diego
Office of County Counsel
1600 Pacific Highway
Room 355
San Diego, CA 92101-2469
(619) 531-5244
Fax: (619-531-6005
james.chapin@sdcounty.ca.gov

Paul Neuharth, Jr. (State Bar #147073)
PAUL NEUHARTH, JR., APC
1140 Union Street, Suite 102
San Diego, CA 92101
Telephone: (619) 231-0401
Facsimile: (619) 231-8759
pneuharth@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2010

/s/ C.D. Michel
C. D. Michel
Attorney for Plaintiffs