C.D. Michel – SBN 144257
Clint B. Monfort – SBN 255609
Sean A. Brady – SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:  (562) 216-4445
Attorneys for Plaintiffs / Petitioners

Paul Neuharth, Jr. – SBN 147073
pneuharth@sbcglobal.net
PAUL NEUHARTH, JR., APC
1140 Union Street, Suite 102
San Diego, CA 92101
Telephone:  (619) 231-0401
Facsimile:   (619) 231-8759
Attorney for Plaintiffs / Petitioners

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>DECLARATION OF SILVIO MONTANARELLA ON BEHALF OF CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date:            November 1, 2010<br>Time:           10:30 a.m.<br>Location:     Courtroom 1<br>Judge:         Hon. Irma E. Gonzalez<br>Date Action Filed: October 23, 2009 |

# DECLARATION OF SILVIO MONTANARELLA ON BEHALF OF CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION

I, Silvio Montanarella, declare as follows:

1. I am the President of the California Rifle & Pistol Association Foundation ("CRPA Foundation").

2. CRPA Foundation is a nonprofit entity classified under section 501(c)(3) of the Internal Revenue Code and incorporated under California law, with headquarters in Fullerton, California.

3. CRPA Foundation seeks to: raise awareness about unconstitutional laws, defend and expand the legal recognition of the rights protected by the Second Amendment via litigation and other means, promote firearms and hunting safety, protect hunting rights, enhance marksmanship skills of those participating in shooting sports, and educate the general public about firearms.

4. The CRPA Foundation expends its resources in assisting its supporters in trying to shape or overturn laws, policies, and practices that it considers an infringement on the right to keep and bear arms, including those relating to the issuance (or non-issuance) of permits to carry concealed handguns.

5. The San Diego County Sheriff's Department's policies and practices for issuing permits to carry concealed handguns are of great interest to the supporters of the CRPA Foundation and the members of its related association, the California Rifle & Pistol Association ("CRPA"), as they see those policies and practices as an infringement on rights protected under the Second Amendment.

6. The San Diego County Sheriff's Department's policies and practices for issuing permits to carry concealed handguns bar some CRPA Foundation supporters, including Plaintiffs, from obtaining a permit.

/ / /

/ / /

/ / /

1     7. In this suit, the CRPA Foundation represents the interests of its many citizen and taxpayer supporters and members of the CRPA who reside in San Diego and who wish to obtain a permit to carry concealed handgun, but who have been denied such a permit for supposed lack of "good cause," or who have refrained from doing so because they do not meet the San Diego County Sheriff's Department's "good cause" requirements. These individuals are too numerous to conveniently bring this action individually.

    8. The CRPA Foundation and the individuals whose interests are represented by the CRPA Foundation are and will continue to be harmed by the San Diego County Sheriff's Department's failure to issue CCW licenses in accordance with constitutional mandates.

    I declare under penalty of perjury that the foregoing is true and correct. Executed in the United States on September 3, 2010.

_[signature]_

Silvio Montanarella
President, CRPA Foundation

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF SILVIO MONTANARELLA ON BEHALF OF CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

James M. Chapin
County of San Diego
Office of County Counsel
1600 Pacific Highway
Room 355
San Diego, CA 92101-2469
(619) 531-5244
Fax: (619) 531-6005
james.chapin@sdcounty.ca.gov

Paul Neuharth, Jr. (State Bar #147073)
PAUL NEUHARTH, JR., APC
1140 Union Street, Suite 102
San Diego, CA 92101
Telephone: (619) 231-0401
Facsimile: (619) 231-8759
pneuharth@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2010

/s/ C.D. Michel
C. D. Michel
Attorney for Plaintiffs