```
 1  C.D. Michel – SBN 144257
    Clint B. Monfort – SBN 255609
 2  Sean A. Brady – SBN 262007
    cmichel@michellawyers.com
 3  MICHEL & ASSOCIATES, P.C.
    180 E. Ocean Blvd., Suite 200
 4  Long Beach, CA 90802
    Telephone: (562) 216-4444
 5  Facsimile:  (562) 216-4445
    Attorneys for Plaintiffs / Petitioners
 6
    Paul Neuharth, Jr. – SBN 147073
 7  pneuharth@sbcglobal.net
    PAUL NEUHARTH, JR., APC
 8  1140 Union Street, Suite 102
    San Diego, CA 92101
 9  Telephone:  (619) 231-0401
    Facsimile:   (619) 231-8759
10  Attorney for Plaintiffs / Petitioners
11
12              UNITED STATES DISTRICT COURT
13            SOUTHERN DISTRICT OF CALIFORNIA
14
15  EDWARD PERUTA, MICHELLE    ) CASE NO: 09-CV-2371 IEG (BGS)
    LAXSON, JAMES DODD, DR.    )
16  LESLIE BUNCHER, MARK       ) DECLARATION OF JAMES DODD
    CLEARY, and CALIFORNIA RIFLE) IN SUPPORT OF PLAINTIFFS'
17  AND PISTOL ASSOCIATION     ) MOTION FOR PARTIAL SUMMARY
    FOUNDATION                 ) JUDGMENT
18                             )
                Plaintiffs,    ) Date:          November 1, 2010
19                             ) Time:          10:30 a.m.
          v.                   ) Location:      Courtroom 1
20                             ) Judge:         Hon. Irma E. Gonzalez
    COUNTY OF SAN DIEGO,       ) Date Action Filed: October 23, 2009
21  WILLIAM D. GORE,           )
    INDIVIDUALLY AND IN HIS    )
22  CAPACITY AS SHERIFF,       )
                               )
23              Defendants.    )
                               )
24  _____)
25
26
27
28
```

09-CV-2371 IEG (BGS)

# DECLARATION OF JAMES DODD

I, James Dodd, declare as follows:

1. I am a resident of San Diego County and a United States Citizen over 21 years of age.

2. I am not prohibited under federal or California law from purchasing or possessing firearms.

3. I would carry a handgun in public for self-defense on occasions I deemed appropriate, but do not do so because I fear arrest, prosecution, fine, imprisonment, and other penalties as I do not possess a valid license to carry a concealed firearm pursuant to California Penal Code section 12050.

I declare under penalty of perjury, under the laws of the state of California, that the foregoing is true and correct.

Executed in the United States on September 3, 2010.

_____
James Dodd

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF JAMES DODD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

James M. Chapin
County of San Diego
Office of County Counsel
1600 Pacific Highway
Room 355
San Diego, CA 92101-2469
(619) 531-5244
Fax: (619-531-6005
james.chapin@sdcounty.ca.gov

Paul Neuharth, Jr. (State Bar #147073)
PAUL NEUHARTH, JR., APC
1140 Union Street, Suite 102
San Diego, CA 92101
Telephone:  (619) 231-0401
Facsimile:   (619) 231-8759
pneuharth@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2010

_____

/s/  C.D. Michel
C. D. Michel
Attorney for Plaintiffs