| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION | ) ) ) ) ) ) | CASE NO: 09-CV-2371 IEG (BGS) **ORDER GRANTING THE PARTIES' JOINT MOTION TO ADOPT STIPULATED BRIEFING SCHEDULE** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Plaintiffs Edward Peruta, Michelle Laxson, James Dodd, Dr. Leslie Buncher, Mark Cleary, and California Rifle and Pistol Association Foundation (collectively "Plaintiffs") and Defendants County of San Diego and Sheriff William D. Gore (collectively "Defendants") stipulated to amend the briefing schedule.

Whereas, the modification to the briefing scheduling requested by the parties would result in judicial economy, and the modification will not prejudice any party to this action, the Court finds good cause for amending the briefing schedule of this case in accordance with the parties' request, and

1. **IT IS HEREBY ORDERED** that the parties' Joint Motion to Amend the Briefing Schedule is
2. **GRANTED**.  The parties shall file their motions in accordance with the dates stipulated to and set
3. forth in the parties' joint motion, and Plaintiffs' Motion for Partial Summary Judgment and
4. Defendants' Cross-Motion for Summary Judgment shall be heard in this Court on November 1,
5. 2010 or as soon thereafter as counsel can be heard.
6. **IT IS SO ORDERED.**

8. DATED: September 8, 2010

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**