1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

EDWARD PERUTA, MICHELLE
LAXSON, JAMES DODD, DR. LESLIE
BUNCHER, MARK CLEARY, and
CALIFORNIA RIFLE AND PISTOL
ASSOCIATION FOUNDATION

        Plaintiffs,

    v.

COUNTY OF SAN DIEGO, WILLIAM D.
GORE, INDIVIDUALLY AND IN HIS
CAPACITY AS SHERIFF,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO: 09-CV-2371 IEG (BGS)**

**ORDER GRANTING PLAINTIFFS' EX
PARTE APPLICATION TO FILE
DOCUMENTS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT UNDER SEAL**

[Doc. No. 33]

## ORDER

Having considered Plaintiffs' Ex Parte Application to File Documents in Support of
Plaintiffs' Motion for Partial Summary Judgment under Seal, and finding good cause therefore,
**IT IS HEREBY ORDERED** that Plaintiffs shall be allowed to file Exhibits "F," "K" through
"L," "O" through "S," "U" through "PP," and "VV" under seal in support of their Motion for
Partial Summary Judgment in accordance with this Court's Protective Order of July 14, 2010.
**IT IS SO ORDERED.**

**DATED:  September 8, 2010**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**