1  Neil R. O'Hanlon, SBN 67018
2  Hogan Lovells US LLP
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA  90067
   Telephone:  (310) 785-4600
4  Facsimile:  (310) 785-4601
   E-mail:  neil.ohanlon@hoganlovells.com
5
6  Adam K. Levin
   Tracy L. Hresko
7  Hogan Lovells US LLP
   555 13th Street, NW
8  Washington, DC 20004
   Telephone: (202) 637-5600
9  Facsimile: (202) 637-5910
   E-Mail:  adam.levin@hoganlovells.com
10
11 Jonathan E. Lowy
   Daniel R. Vice
12 Brady Center to Prevent Gun Violence
   Legal Action Project
13 1225 Eye Street, NW, Suite 1100
   Washington, DC 20005
14 Telephone: (202) 289-7319
   Facsimile: (202) 898-0059
15 E-Mail:  jlowy@bradymail.org
16
   Counsel for *Amicus Curiae*
17 Brady Center to Prevent Gun Violence
18
                UNITED STATES DISTRICT COURT
19
              SOUTHERN DISTRICT OF CALIFORNIA
20

21 EDWARD PERUTA, MICHELLE LAXSON,        CASE NO: 09-CV-2371 IEG
22 JAMES DODD, DR. LESLIE BUNCHER,
   MARK CLEARY, and CALIFORNIA RIFLE      **APPLICATION OF BRADY CENTER**
23 AND PISTOL ASSOCIATION FOUNDATION,     **TO PREVENT GUN VIOLENCE TO**
                                          **FILE BRIEF AS *AMICUS CURIAE***
24            Plaintiffs,
25       v.                               Courtroom:  1
                                          Honorable Irma E. Gonzales
26 COUNTY OF SAN DIEGO, WILLIAM D.
   GORE, INDIVIDUALLY AND IN HIS
27 CAPACITY AS SHERIFF,
28            Defendants.

Through undersigned counsel, the Brady Center to Prevent Gun Violence applies to the Court for leave to file a brief as *amicus curiae* in this case for the facts and reasons stated below. The proposed brief is attached hereto as Exhibit A for the convenience of the Court and counsel. Defendants consent to the filing of this *amicus* brief.  Plaintiffs have indicated that they do not consent to the filing of this *amicus* brief.

The Brady Center to Prevent Gun Violence is the nation's largest non-partisan, non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy. Through its Legal Action Project, the Brady Center has filed numerous briefs *amicus curiae* in cases involving both state and federal gun laws.

District courts have inherent power to grant third parties leave to file briefs as *amici curiae*, particularly regarding "legal issues that have potential ramifications beyond the parties directly involved or if the [*amicus* has] unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."  *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 335 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal quotations omitted).  Here, *amicus* brings a broad and deep perspective to the issues raised by this case and has a compelling interest in the federal courts' interpretation of Second Amendment issues. *Amicus* thus respectfully submits the attached brief to assist the Court with the constitutional issues in this case, including important matters of first impression under the Second Amendment.

The proposed brief provides an overview of recent and longstanding Supreme Court Second Amendment jurisprudence, the policy implications of recognizing a right to carry firearms in public, and addresses an open question that has resulted from this jurisprudence—namely, what the appropriate standard of review for Second Amendment claims should be, and shows how lower courts have answered that question thus far.  The brief also discusses the emerging trend in lower courts towards using a two-pronged approach to Second Amendment claims that asks (1) whether the law or regulation at issue implicates protected Second Amendment activity, and if so, (2) whether it passes the appropriate standard of review.  The brief then applies this two-pronged approach to Second Amendment issues in the case at hand, employing case law, sociological data,

and legal commentary to place the permitting process of California Penal Code § 12050 in the larger context of Second Amendment issues.  The brief concludes that (1) California's concealed weapons permitting process does not implicate protected Second Amendment because the Supreme Court has only recognized a Second Amendment right to possess and carry guns in the home, and (2) that even if the permitting process did implicate protected Second Amendment activity, it would survive the appropriate level of review – the reasonable regulation test that over forty states have adopted – because it is a valid exercise of the state's police powers to enact legislation designed to protect public safety.  *Amicus*, therefore, respectfully submits the attached brief to assist the Court in deciding the complex and significant issues raised in this matter.

## CONCLUSION

For the foregoing reasons, amicus *curiae* Brady Center to Prevent Gun Violence respectfully requests that the Court grant leave to file the attached *amicus* brief.

Dated: October 4, 2010                          Respectfully submitted,

                                                s/Neil O'Hanlon

                                                Neil R. O'Hanlon, SBN 67018
                                                Hogan Lovells US LLP
                                                1999 Avenue of the Stars, Suite 1400
                                                Los Angeles, CA  90067
                                                Telephone: (310) 785-4600
                                                Facsimile:  (310) 785-4601
                                                E-mail:  neil.ohanlon@hoganlovells.com

                                                Adam K. Levin
                                                Tracy L. Hresko
                                                Hogan Lovells US LLP
                                                555 13th Street, NW
                                                Washington, DC 20004
                                                Telephone: (202) 637-5600
                                                Facsimile: (202) 637-5910
                                                E-Mail:  adam.levin@hoganlovells.com

                                                Jonathan E. Lowy
                                                Daniel R. Vice
                                                Brady Center to Prevent Gun Violence
                                                Legal Action Project
                                                1225 Eye Street, NW, Suite 1100
                                                Washington, DC 20005

APPLICATION OF BRADY CENTER TO
PREVENT GUN VIOLENCE TO FILE
BRIEF AS *AMICUS CURIAE*

Telephone: (202) 289-7319
Facsimile: (202) 898-0059
E-Mail: jlowy@bradymail.org

Attorneys for *Amicus Curiae* Brady Center
to Prevent Gun Violence

- 4 -

APPLICATION OF BRADY CENTER TO
PREVENT GUN VIOLENCE TO FILE
BRIEF AS *AMICUS CURIAE*

PROOF OF SERVICE

I, Marjorie Sener, declare:  I am and was at the time of this service working in the County of Los Angeles, California.  I am over the age of 18 years and not a party to the within action.  My business address is Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA  90067.

On October 4, 2010, I served the following document:

**Application of Brady Center to Prevent Gun Violence**

**to File Brief as *Amicus Curiae***

Service was effectuated by electronically filing the documents via the CM/ECF system for the United States District Court for the Southern District of California in the above-identified case, and relying upon the ECF emailing to distribute service to all parties.

I declare that the foregoing is true and correct, and that this declaration was executed on October 4, 2010, in Los Angeles, California.


s/Marjorie Sener

\\\LA - 030629/000022 - 479391 v1