JOHN J. SANSONE, County Counsel
County of San Diego
By JAMES M. CHAPIN, Senior Deputy (SBN 118530)
1600 Pacific Highway, Room 355
San Diego, CA  92101
Telephone:  (619) 531-5244
james.chapin@sdcounty.ca.gov

Attorneys for Defendant William D. Gore

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>　　　　　Defendants. | USSD No. **09-CV-2371 IEG (BLM)**<br><br>**NOTICE OF HEARING ON MOTION AND MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANT WILLIAM D. GORE**<br><br>Hearing Date;  November 1, 2010<br>Time: 10:30 a.m.<br>Courtroom:  1<br>The Honorable Irma E. Gonzalez |

TO　　PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that on November 1, 2010, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Irma E. Gonzalez, United States District Judge, located at 940 Front Street, San Diego, California, Defendant William Gore will move this Court, pursuant to Federal Rules of Civil Procedure, Rule 56, for summary judgment in his favor on Plaintiffs' First Amended Complaint.

　　　　The grounds for this motion are that there are no genuine issues as to any of the material facts or matters set forth in the papers served herewith, and the moving party is

1 | entitled to judgment as a matter of law.  The specific grounds for this motion are that
2 | the policies and procedures of Defendant do not violate any federal constitutional
3 | provision as alleged by Plaintiffs, and are otherwise in accordance with law, and that
4 | Defendant is entitled to qualified immunity.

     This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the separate statement of undisputed material facts, declarations, the notice of lodgment and exhibits attached thereto, on all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: October 4, 2010        JOHN J. SANSONE, County Counsel

By: s/ *James M. Chapin*
JAMES M. CHAPIN, Senior Deputy
Attorneys for Defendant William D. Gore