TOPICAL INDEX

Pages

TABLE OF AUTHORITIES......................................................................iii

I     INTRODUCTION .................................................................1

II    FACRUAL BACKGROUND ................................................2

    A,    California Law....................................................................2

    B.    San Diego County Licensing Program ......................................3

        1.    The Application Process....................................3

        2.    The Good Cause Requirement .....................................5

        3.    The Residence Requirement ..........................................5

    C.    Plaintiff's Claims............................................................5

        1,    Edward Peruta ....................................................5

        2.    Michelle Laxson ..............................................6

        3.    James Dodd .......................................................6

        4.    Mark Cleary......................................................6

        5.    Leslie Buncher....................................................6

III    THE SECOND AMENDMENT DOES NOT ENCOMPASS A RIGHT TO CARRY A LOADED CONCEALED WEAPON IN PUBLIC  .........................................................................7

IV    THE SHERIFF'S LICENSING PRACTICES MEET ANY STANDARD OF SCRUTINY .............................................11

    A.    Strict Scrutiny Is Not the Appropriate Standard. ......................12

    B,    The Sheriff's Interpretation of Good Cause is Most Appropriately Subject to "Reasonableness" Review. ...............14

    C.    Intermediate Scrutiny. ......................................................16

    D.    The Sheriff's Licensing Practices Survive Any Standard Of Review.....................................................................17

V    FACIAL CHALLENGE.....................................................19

VI    EQUAL PROTECTION.....................................................20

1    TOPICAL INDEX

2                                                                    Pages

3    A.  The Sheriff Does Not Discriminate in Application
4        Of the Statutory Residency Requirement. ...............20

5    B.  The Sheriff Does Not Provide Preferential Treatment. ............22

6    C.  The Sheriff's Department Does Not Deny Equal
7        Protection of the Law by Requiring Evidence of
         "Good Cause."................................................25

8        1.  Compelling Interest. ...................................26

9        2.  Necessarily Related. ...................................27

10       3.  Narrowly Tailored. .....................................28

11   VII  THE RIGHT TO TRAVEL AND PRIVILEGES AND
12        IMMUNITIES CLAIMS...............................................29

13   VIII  DUE PROCESS...................................................32

14   A.  There is No Liberty or Property Interest. ...............32

15   B.  The Sheriff's Permit Procedure Complies With
16       Due Process. ...........................................33

17   IX  QUALIFIED IMMUNITY ...............................................34

18   CONCLUSION       ...................................................36

19

20

21

22

23

24

25

26

27

28

1

TABLE OF AUTHORITIES

2

Pages

3

<u>Cases</u>

4   *Abrams v. Johnson*, 521 J.S. 74 (1997) ........................................................ 11

5   *Anderson v. Creighton,* 4873 U.S. 635 (1987) ........................................... 35

6   *Anderson v. Liberty Lobby, Inc,*, 477 U.S. 242 (1986) ........................... 34

7   *Andrews v. State*, 50 Tenn. 165 (1871) ........................................... 26, 28

8   *Application of Ware*, 474 A.2d 131 (Del. 1984) ...................................... 21

9   *Bach v. Pataki*, 546 U.S. 1174 (2006) .......................................... 21, 30, 31

10   *Baldwin v. Montana Fish & Game Comm'n*, 436 U.S. 371 (1978) ............... 30

11   *Benjamin v. Bailey,* 662 A.2d 1226 (Conn. 1995) ................................ 13, 14

12   *Bleiler v. Chief, Dover Police Dep't.*, 927 A.2d 1216 (N.H. 2007) ............... 13

13   *Board of Regents v. Roth*, 408 U.S. 564 (1972) ...................................... 32

14   *City of Cleburne v. Cleburne Living Center, Inc.*, 473 U.S. 432 (1985) ......... 20

15   *Clark v. Jeter*, 486 U.S. 456 (1988) .............................................. 11, 16

16   *Craig v. Boren*, 429 U.S. 190 (1976) ..................................................... 16

17   *Dano v. Collins*, 166 Ariz. 322 (Ct. App, Div. 1 1990) ........................... 26

18   *Devereaux v. Abbey*, 263 F.3d 1070 (9th Cir. 2001) ........................... 35

19   *District of Columbia v. Heller*, 554 U.S. 570 (128 S.Ct. 2783;
20     171 L.Ed.2d 637) (2008) ........................................................... passim

21   *Dorr v. Weber,* 2010 U.S. Dist. LEXIS 48950 (N.D. Iowa 2010) ................. 8

22   *Erdelyi v. O'Brien*, 680 F.2d 51 (9th Cir. 1992) ................................ 2, 33

23   *Ex part Luening*, 3 Cal. App. 76 (1906) ............................................. 27

24   *Federation of N.Y. State Rifle & Pistol Clubs, Inc, v. McGuire*,
25     420 N.Y.S.2d 602 (1979) ........................................................... 31

26   *Freeman v. City of Santa Ana*, 68 F.3d 1180 (9th Cir. 1995) .............. 24, 25

27   *Falls v. Town of Dyer, Indiana*, 875 F.2d 146 (7th Cir. 1989) ...................... 24

28   *Gifford v. City of Los Angeles*, 88 Cal. App. 4th 801 (2001) ........................ 2, 24, 33

TABLE OF AUTHORITIES

Pages

<u>Cases</u>

1

2

3

4    *Gonzales v. Carhart*, 550 U.S. 124 (2007)......................................................11, 15

5    *Guillory v. County of Orange*, 731 F.2d 1379 (9th Cir. 1984).......................21, 33

6    *Hawaii Housing Authority v. Midkiff*, 467 U.S. 229 (1984) ..........................16

7    *Hope v. Pelzer*, 536 U.S. 730 (2002)................................................................35

8    *Joyce v. Mavromatis*, 783 F,2d 56 (6th Cir. 1986)..........................................25

9    *In re Two Seized Firearms,* 602 A.2d 728 (N.J. 1992) ...................................32

10    *Heller v. D.C.*, 698 F.Supp.2d 179 (D.C. Cir. 2010)......................................16

11    *Kansas v. United States*, 16 F.3d 436 (D.C.Cir. 1994) ..................................30

12    *Kelley v. Johnson*, 425 U.S. 238 (1976) .........................................................17

13    *Klein v. Leis*, 99 Ohio St. 3d 537 (2003) .......................................................28

14    *Kuzinich v. County of Santa Clara*, 689 F.2d 1345 (9th Cir. 1983)................21

15    *Lockary v. Kayfetz*, 917 F.2d 1150 (9th Cir. 1990) ........................................20

16    *March v. Rupf*, 2001 WL 1112110 (N.D.Cal. 2001)................................22, 23, 24

17    *Marshall v. Walker*, 968 F.Supp. 359 (N.D. Ill. 1997)..................................18

18    *Martinez v. Bynum*, 461 U.S. 321 (1983) ......................................................30

19    *Matthews v. Eldridge*, 424 U.S. 319 (19760 .............................................33, 34

20    *McDonald v. City of Chicago*, ___ U.S. ___, 130 S.Ct. 3020 (2010)............12

21    *McIntosh v. Washington*, 395 A.2d 744 (D.C. 1978) .....................................14

22    *Memorial Hosp. v. Maricopa County*, 415 U.S. 250 (1974)..........................30

23    *Mississippi Univ. for Women v. Hogan*, 458 U.S. 718 (1982) .......................16

24    *Mosby v. Devine*, 851 A.2d 1031 (R.I. 2004)...........................................13, 14

25    *New Orleans v. Dukes*, 427 U.S. 297 (1976)..................................................20

26    *New York v. Ferber*, 458 U.S. 747 (1982) ....................................................19

27    *Nichols v. County of Santa Clara*, 223 Cal. App. 3d 1236 (1990)................2, 33

28    *Nordyke v. King*, 563 F.3d 439 (9th Cir. 2009)......................................10, 18, 19

TABLE OF AUTHORITIES

Pages

<u>Cases</u>

*Nunn v. State*, 1 Ga. 243 (1846) ..................................................................... 26, 28

*N.Y. v. Soto-Lopez*, 476 U.S. 898 (1986)....................................................... 30

*Parker v. District of Columbia*, 478 F.3d 370 (D.C. Cir. 2007) ................... 15

Pearson v. Callahan, 555 U.S. ___, 129 S.Ct. 808 (2009) ............................ 35

*Pencak v. Concealed Weapon Licensing Bd. of County of St. Clair*,
   872 F.Supp. 410 (E.D. Mich. 194) ............................................................. 32

*People v. Flores*, 169 Cal. App. 4th 567 (2008)...................................... 7, 8, 28

*People v. Hale,* 43 Cal. App. 3d 353 (1974) ........................................... 10, 26

*People v. Hodges*, 70 Cal. App. 4th 1348 (1999)..................................... 10, 27

*People v. Marin*, 795 N.E.2d 953 (Ill. App. 2003)................................... 18, 27

*People v. Price*, 873 N.E.2d 453 (Ill. App. 2007)......................................... 18

*People v. Smythe*, 817 N.E.2d 1100 (2004).................................................. 18

*People v. Villa*, 178 Cal. App. 4th 443 (2009) ............................................. 8

*People v. Yarbrough*, 169 Cal. App. 4th 303 (2008)............................ 7, 10, 17

*People v. West*, 422 N.E.2d 943 (Ill.App, 1981)......................................... 18

*Planned Parenthood of Southeastern Penn. v. Casey*, 505 U.S. 833 (1992) ..11

*Richmond v. J.A. Croson Co.*, 488 U.S. 469 (1989)..................................... 16

*Robertson v. Baldwin*, 165 U.S. 276 (1897)....................................... 10, 15, 15

*Robertson v. City & County of Denver*, 874 P.2d 325 (Colo. 1994).............. 14

*Salute v. Pitchess*, 61 Cal. App. 3d 557 (1976)............................................ 2

*Saucier v. Katz*, 533 U.S. 194 (2001) ........................................................ 34

*Schall v. Martin*, 467 U.S. 252 (1984) ............................................. 15, 17, 18

*State v. Cole*, 665 N.W.2d 328 (Wis. 2003) ............................................... 14

*State v. McAdams*, 714 P.2d 1236 (Wyo. 1986)........................................... 14

*State v. Reid,* 1 Ala. 619 (1840)............................................................ 14, 26

| | |
|---|---|
| 1 | TABLE OF AUTHORITIES |
| 2 | Pages |
| 3 | <u>Cases</u> |

*State v. Ricehill*, 415 N.W.2d 481 (N.D. 1987)................................ 14

*State v. Smith*, 571 A.2d 279 (N.H. 1990)...................................... 14

*State v. Smith*, 11 La. Ann. 644 (1856) ......................................... 26

*Supreme Court of Virginia v. Friedman*, 487 U.S. 69 (1988)...................... 30

*Thornton v. City of Helens*, 425 F.3d 1158 (9th Cir. 2005) ........................... 25

*Toomer v. Witsell*, 334 U.S. 385 (1948) ....................................... 30

*Torraco v. Port Authority of N.Y. & N.J.*,
   539 F.Supp. 632 (E.D.N.Y. 2008).......................................... 31, 32

*Turner Broadcasting Sys., Inc. v. FCC*, 512 U.S. 622 (1994)...................... 15

*Turner Broadcasting Sys., Inc. v. FCC*,  520 U.S. 180 (1997)...................... 15, 15

*United States v. Aguilar*, 883 F.2d 662 (9th Cir. 1989).................................. 25

*United States v. Engstrum*, 609 F.Supp.2d 1227 (D.Utah 2009) ................... 14

*United States v. Hall*, (S.D.W.Va., Aug 4, 2008, No. 2:08-00006)
   2008 U.S. Dist. LEXIS 59641, *3 ........................................... 10

*U.S. v. Marzzarella*, 595 F.Supp.2d 596 (W.D.Pa. 2009) ............................. 16

*United States v. Masciandaro*, 648 F.Supp.2d 779 (E.D. Va. 2009) ............. 10

*United States v. Miller*, 604 F.Supp.2d 1162 (W.D. Tenn. 2009)................... 12, 15, 16, 27

*U.S. v. Radencich*, 2009 WL 12648 (N.D. Ind. Jan 20, 2009) ....................... 16

*United States v. Salerno*, 481 U.S. 739 (1987).............................................. 15, 17, 19, 26

*U.S. v. Schultz*, 2009 U.S. Dist. LEXIS 234 (N.D. Ind. Jan. 5, 2009)............. 16

U.S. v. Tooley, 2010 WL 2842915 (S.D.W.Va. May 4, 2010)...................... 17

*U.S. v. Walker*, 2010 WL1640340 (E.D.Va. 2010) ........................................ 16, 17

*Walters v. National Ass'n of Radiation Survivors*, 473 U.S. 305 (1985)........ 15

*Ward v. Rock Against Racism*, 491 U.S. 781 (1989)...................................... 15

*Wash. State Grange v. Wash. State Republican Party*,
   552 U.S. 442 (2008) .......................................................... 19

# TABLE OF AUTHORITIES

Pages

## Cases

*Wilson v. Layne*, 526 U.S. 603 (1999)..............................................................35

## Statutes

Federal

Federal Rules of Civil Procedure

      Rule 56(b)   .....................................................................................1

State

California Penal Code

      Section 12025 ....................................................................1, 8, 11, 19, 25
      Section 12025(a)....................................................................2, 7
      Section 12031 ....................................................................1, 7, 8, 11, 19, 25, 28,
      Section 12031(a)....................................................................7
      Section 12050 ....................................................................passim
      Section 12050(a)(1)....................................................................2
      Section 12050(D)....................................................................5
      Section 12050(D)(ii)....................................................................5
      Section 12054 ....................................................................1, 3

## Other

Adam Winkler, *Fundamentally Wrong About Fundamental Rights*,
  23 Const. Comment 227 (2006) ....................................................13

Assembly Bill 2022 ..............................................................................3

Second Amendment of US Constitution ..........................................passim

Firearms Owners' Protection Act, Pub. L. 99-360, §1(a),
  100 Stat. 755 (July 8, 1986) *codified* at 18 U.S.C. §926A ..........................32

Fourteenth Amendment of US Constitution.......................................20, 30, 32

Winkler, *Scrutinizing the Second Amendment*,
  105 Mich.L.Rev. 683 (2007) ......................................................13, 15, 26