JOHN J. SANSONE, County Counsel
County of San Diego
By JAMES M. CHAPIN, Senior Deputy (SBN 118530)
1600 Pacific Highway, Room 355
San Diego, CA  92101
Telephone:  (619) 531-5244
james.chapin@sdcounty.ca.gov

Attorneys for Defendant William D. Gore

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>　　　　　Defendants. | USSD No. **09-CV-2371 IEG (BLM)**<br><br>**NOTICE OF DOCUMENTS LODGED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANT WILLIAM D. GORE**<br><br>Hearing Date;  November 1, 2010<br>Time: 10:30 a.m.<br>Courtroom:  1<br>The Honorable Irma E. Gonzalez |

　　　　Defendant William Gore lodges the following documents in support of his motion for summary judgment:

Exhibit 1:　　　　Attachment to Peruta Application Document

Exhibit 2:　　　　Application of Laurence Joel Bloom for CCW Permit (under seal)

Exhibit 3:　　　　Application of Charles George Jones for CCW Permit (under seal)

Exhibit 4:　　　　Application of Felipe Leon Leff for CCW Permit (under seal)

Exhibit 5:　　　　Application of Michael Drake Nesbit for CCW Permit (under seal)

Exhibit 6:　　　　Application of Louis Viekoslav Schooler for CCW Permit (under seal)

///

Exhibit 7:       Application of Donald Raymond Swortwood for CCW Permit (under seal)

Exhibit 8:       Application of Steven Carl Thomas for CCW Permit (under seal)

Exhibit 9:       Application of Michael L. Vrzich for CCW Permit (under seal)

Exhibit 10:      Application of Frederick Maurice Williamson for CCW Permit (under seal)

Exhibit 11:      Application of Jeffrey Toshio Yasukochi for CCW Permit (under seal)

Exhibit 12:      Application of Paul Edward Runge for CCW Permit (under seal)

Exhibit 13:      Application of Edward William Gross for CCW Permit (under seal)

Exhibit 14:      Application of Scott Harris Silverman for CCW Permit (under seal)

Exhibit 15:      Application of William Bebb Sturgeon for CCW Permit (under seal)

DATED: October 4, 2010          JOHN J. SANSONE, County Counsel

By: s/ *James M. Chapin*
JAMES M. CHAPIN, Senior Deputy
Attorneys for Defendant William D. Gore

Index of Exhibits & Bates Numbers

| Exhibit | Bates Nos. |
|---|---|
| 1 | 000001 |
| 2 (filed under seal) | 000002 - 000018 |
| 3 (filed under seal) | 000019 - 000032 |
| 4 (filed under seal) | 000033 - 000057 |
| 5 (filed under seal) | 000058 - 000073 |
| 6 (filed under seal) | 000074 - 000095 |
| 7 (filed under seal) | 000096 - 000111 |
| 8 (filed under seal) | 000112 - 000131 |
| 9 (filed under seal) | 000132 - 000152 |
| 10 (filed under seal) | 000153 - 000171 |
| 11 (filed under seal) | 000172 - 000183 |
| 12 (filed under seal) | 000184 - 000221 |
| 13 (filed under seal) | 000222 - 000237 |
| 14 (filed under seal) | 000238 - 000301 |
| 15 (filed under seal) | 000302 - 000314 |