# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# Attachment to Peruta Application Document

# Bates No. 000001

# EXHIBIT 1



Figure 1. Population and California Concealed Weapon (CCW) Permits, San Diego County 2009.

Sources: Population, U.S. Census Quick Facts about San Diego County 2009 (available at http://quickfacts.census.gov/qfd/states/06/06073.html); CCW permits, Communication from Sheriff of San Diego County, September 15, 2010.

000020

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Lawrence Joel Bloom

# (FILED UNDER SEAL)

# Bates Nos. 000002-000018

# EXHIBIT 2

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Charles George Jones

# (FILED UNDER SEAL)

# Bates Nos. 000019-000032

# EXHIBIT 3

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Felipe Leon Leff

# (FILED UNDER SEAL)

# Bates Nos. 000033-000057

# EXHIBIT 4

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Michael Drake Nesbitt

# (FILED UNDER SEAL)

# Bates Nos. 000058-000073

# EXHIBIT 5

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Louis Viekoslav Schooler

# (FILED UNDER SEAL)

# Bates Nos. 000074-000095

# EXHIBIT 6

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Donald Raymond
# Swortwood

# (FILED UNDER SEAL)

# Bates Nos. 000096-000111

# EXHIBIT 7

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Steven Carl Thomas

# (FILED UNDER SEAL)

# Bates Nos. 000112-000131

# EXHIBIT 8

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Michael L. Vrzich

# (FILED UNDER SEAL)

# Bates Nos. 000132-000152

# EXHIBIT 9

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Frederick Maurice Williamson

# (FILED UNDER SEAL)

# Bates Nos. 000153-000171

# EXHIBIT 10

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Jeffrey Toshio Yasukochi

# (FILED UNDER SEAL)

# Bates Nos. 000172-000183

# EXHIBIT 11

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Paul Edward Runge

# (FILED UNDER SEAL)

# Bates Nos. 000184-000221

# EXHIBIT 12

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Edward William Gross

# (FILED UNDER SEAL)

# Bates Nos. 000222-000237

# EXHIBIT 13

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of Scott Harris Silverman

# (FILED UNDER SEAL)

# Bates Nos. 000238-000301

# EXHIBIT 14

# Edward Peruta, et al.
# v.
# County of San Diego, et al.
# USDC 09cv2371-IEG(BLM)

# CCW Application
# Of William Bebb Sturgeon

# (FILED UNDER SEAL)

# Bates Nos. 000302-000314

# EXHIBIT 15