1  JOHN J. SANSONE, County Counsel
   County of San Diego
2  By JAMES M. CHAPIN, Senior Deputy (SBN 118530)
   1600 Pacific Highway, Room 355
3  San Diego, CA  92101
   Telephone:  (619) 531-5244
4  james.chapin@sdcounty.ca.gov

5  Attorneys for Defendant William D. Gore

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | USSD No. **09-CV-2371 IEG (BLM)**<br><br>**DEFENDANT WILLIAM D. GORE'S EX PARTE MOTION TO FILE EXHIBITS NOS. 2 THROUGH 15 IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>Hearing Date;  November 1, 2010<br>Time: 10:30 a.m.<br>Courtroom:  1<br>The Honorable Irma E. Gonzalez |

Defendant William Gore hereby applies to the Court for an Order allowing Defendant to file the following exhibits under seal in support of his motion for summary judgment as provided in the Court's Protective Order dated July 14, 2010. The reason for sealing the exhibits is that Defendant's Exhibits 2 through 15 are confidential documents subject to the Protective Order that were provided to Defendant by applicants for concealed weapons licenses, and the documents contain personal information relating to individual applicants which Defendant is bound to keep confidential.

///

1 | It is therefore requested that an Order be entered sealing the exhibits for all
2 | purposes in this action.
3 | DATED: October 4, 2010          JOHN J. SANSONE, County Counsel
4 | 
By: s/ *James M. Chapin*
JAMES M. CHAPIN, Senior Deputy
5 | Attorneys for Defendant William D. Gore