```
 1  JOHN J. SANSONE, County Counsel
    County of San Diego
 2  By JAMES M. CHAPIN, Senior Deputy (SBN 118530)
    1600 Pacific Highway, Room 355
 3  San Diego, CA 92101
    Telephone: (619) 531-5244
 4  james.chapin@sdcounty.ca.gov

 5  Attorneys for Defendant William D. Gore
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>　　　　Defendants. | USSD No. **09-CV-2371 IEG (BLM)**<br><br>**DECLARATION OF JAMES M. CHAPIN IN SUPPORT OF EX PARTE MOTION TO FILE EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>Hearing Date: November 1, 2010<br>Time: 10:30 a.m.<br>Courtroom: 1<br>The Honorable Irma E. Gonzalez |

I, JAMES M. CHAPIN, declare:

1. I am attorney of record for Defendant in this action.

2. Defendant's Exhibits 2 through 15 are confidential documents provided to Defendant by applicants for concealed weapons permits and are specifically the subject of the Protective Order entered by the Court. The documents contain personal information which the applicants expect will remain confidential and which Defendant is bound to protect. The release of such information would invade the privacy rights of

///

///

///

1                                                                                    09-CV-2371 IEG (BGS)

1 the applicants. It is therefore requested that Exhibits 2 through 15 be sealed for all
2 purposes in this action and that an appropriate Order be entered in that regard.
3       I declare under penalty of perjury that the foregoing is true and correct. I further
4 declare that this declaration is executed this 4th day of October 2010 at San Diego,
5 California.

                                                       JAMES M. CHAPIN