C.D. Michel – SBN 144257
Clint B. Monfort – SBN 255609
Sean A. Brady – SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
Attorneys for Plaintiffs / Petitioners

Paul Neuharth, Jr. – SBN 147073
pneuharth@sbcglobal.net
PAUL NEUHARTH, JR., APC
1440 Union Street, Suite 102
San Diego, CA 92101
Telephone:  (619) 231-0401
Facsimile:   (619) 231-8759
Attorney for Plaintiff / Petitioner EDWARD PERUTA

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**JOINT MOTION OF THE PARTIES TO ADOPT STIPULATED BRIEFING SCHEDULE**<br><br>*Pursuant to* Fed. R. Civ. P. 16(b)(4)<br><br>Honorable Irma E. Gonzalez, presiding<br><br>Date Action Filed: October 23, 2009 |

# I.
# INTRODUCTION

The parties, Plaintiffs Edward Peruta, Michelle Laxson, James Dodd, Dr. Leslie Buncher, Mark Cleary, and California Rifle & Pistol Association Foundation (collectively "Plaintiffs") and Defendants County of San Diego and Sheriff William D. Gore (collectively "Defendants"), through their respective attorneys of record, hereby jointly move the Court to adopt the stipulated briefing schedule set forth herein.

# II.
# RECITALS/GROUNDS FOR RELIEF

WHEREAS, Plaintiffs in this matter filed their Motion for Partial Summary Judgment on September 3, 2010;

WHEREAS, Defendants filed their Opposition to Plaintiffs' Motion, and simultaneously Defendants' Cross-Motion for Summary Judgement on October 4, 2010;

WHEREAS, the Brady Campaign has submitted a lengthy and substantial proposed amicus curiae brief in support of Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment;

WHEREAS, Defendants have included a lengthy declaration by Mr. Franklin Zimring in support of their Cross-Motion and Opposition to Plaintiffs' Motion for Partial Summary Judgment;

WHEREAS, Plaintiffs must file their Reply to Defendants' Opposition and simultaneously Plaintiffs' Opposition to Defendants' Cross-Motion on or before October 11, 2010;

WHEREAS, Defendants must file their Reply to Plaintiffs' Opposition on or before October 18, 2010;

/ / /
/ / /

WHEREAS, both Plaintiffs' Motion for Partial Summary Judgment and Defendants' Cross-Motion for Summary Judgment are set to be heard before the Honorable Chief Judge Irma Gonzalez on November 1, 2010 at 10:00 a.m. in Courtroom 1, or as soon thereafter as may be heard by the court;

AND WHEREAS, THE PARTIES HAVE STIPULATED AND AGREED TO THE FOLLOWING:

1. Plaintiffs shall file their Reply to Defendants' Opposition and simultaneously Plaintiffs' Opposition to Defendants' Cross-Motion on or before October, 18, 2010, the supporting Points and Authorities for which shall not exceed 20 pages total.

2. Defendants shall file their Reply to Plaintiffs' Opposition on or before November 1, 2010, the supporting Points and Authorities for which shall not exceed 10 pages. The issues addressed in this Reply shall be limited to responding to the issues raised in Plaintiffs' Opposition to Defendants' Cross-Motion. This Reply shall not address issues raised in Plaintiffs' Reply to Defendants' Opposition.  In other words, this is not and shall not be written as a sur-reply.

3. Plaintiffs' Motion and Defendants' Cross-Motion should be heard in this Court on November 15, 2010.

| | |
|---|---|
| 1 | The parties hereby jointly request that the Court grant the relief sought by this motion and amend the briefing schedule in this case in accordance therewith. |

Dated: October 5, 2010       **MICHEL & ASSOCIATES, P.C.**

/s/ C. D. Michel
C.D. Michel
Attorney for Plaintiff Edward Peruta

Dated: October 5, 2010       **PAUL NEUHARTH, JR., APC**

/s/ Paul Neuharth, Jr. (as approved on 10/5/10)
Paul Neuharth, Jr.
Attorney for Plaintiff Edward Peruta

Dated: October 5, 2010       **JAMES M. CHAPIN, County Counsel**

/s/ James M. Chapin (as approved on 10/5/10)
Attorney for Defendants County of San Diego and William D. Gore

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

　　I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

　　I am not a party to the above-entitled action. I have caused service of:

**JOINT MOTION OF THE PARTIES TO ADOPT STIPULATED BRIEFING SCHEDULE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1440 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone:  (619) 231-0401<br>Facsimile:   (619) 231-8759<br>pneuharth@sbcglobal.net |

　　I declare under penalty of perjury that the foregoing is true and correct. Executed on October 5, 2010.

　　　　　　　　　　　　　　　　　　　/s/ C. D. Michel
　　　　　　　　　　　　　　　　　　　C.D. Michel
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff