**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION

Plaintiffs,

v.

COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,

Defendants.

**CASE NO: 09-CV-2371 IEG (BGS)**

**ORDER GRANTING THE PARTIES' JOINT MOTION TO ADOPT STIPULATED BRIEFING SCHEDULE**

Plaintiffs Edward Peruta, Michelle Laxson, James Dodd, Dr. Leslie Buncher, Mark Cleary, and California Rifle and Pistol Association Foundation (collectively "Plaintiffs") and Defendants County of San Diego and Sheriff William D. Gore (collectively "Defendants") move the Court to adopt a stipulated amended briefing schedule.

/ / /

/ / /

Whereas, the Court finds good cause for amending the briefing schedule of this case in accordance with the parties' request,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Amend the Briefing Schedule is **GRANTED**. The parties shall file their motions in accordance with the dates stipulated to and set forth in the parties' joint motion, and Plaintiffs' Motion for Partial Summary Judgment and Defendants' Cross-Motion for Summary Judgment shall be heard in this Court on November 15, 2010 at 10:30 am.

**IT IS SO ORDERED.**

DATED: October 6, 2010

IRMA E. GONZALEZ, Chief Judge
United States District Court