UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**ORDER GRANTING DEFENDANT WILLIAM GORE'S EX PARTE MOTION TO FILE EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>[Doc. No. 39] |

Having considered Defendant William Gore's Ex Parte Motion to File Exhibits in Support of Motion for Summary Judgment under Seal, and finding good cause therefore**, IT IS HEREBY ORDERED** that Defendant Gore shall be allowed to file Exhibits 2 through 15 under seal in support of his Motion for Summary Judgment in accordance with this Court's Protective Order of July 14, 2010.

**IT IS SO ORDERED.**

DATED: October 6, 2010

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**