1  C.D. Michel – SBN 144257
   Clint B. Monfort – SBN 255609
2  Sean A. Brady – SBN 262007
   cmichel@michellawyers.com
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Facsimile:  (562) 216-4445
   Attorneys for Plaintiffs / Petitioners
6
   Paul Neuharth, Jr. – SBN 147073
7  pneuharth@sbcglobal.net
   PAUL NEUHARTH, JR., APC
8  1440 Union Street, Suite 102
   San Diego, CA 92101
9  Telephone:  (619) 231-0401
   Facsimile:   (619) 231-8759
10 Attorney for Plaintiff / Petitioner EDWARD PERUTA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | **CASE NO: 09-CV-2371 IEG (BGS)**<br><br>**JOINT MOTION OF THE PARTIES TO MODIFY CASE SCHEDULING ORDER**<br><br>*Pursuant to* Fed. R. Civ. P. 16(b)(4)<br><br>Honorable Irma E. Gonzalez, presiding<br><br>Date Action Filed: October 23, 2009 |

## I.
## **INTRODUCTION**

The parties, Plaintiffs Edward Peruta, Michelle Laxson, James Dodd, Dr. Leslie Buncher, Mark Cleary, and California Rifle and Pistol Association Foundation (collectively "Plaintiffs") and Defendants County of San Diego and Sheriff William D. Gore (collectively "Defendants"), through their respective attorneys of record, hereby move the Court to set a new Case Management Conference in order to reschedule certain dates set by this Court in the Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings dated ("Case Scheduling Order") dated August 6, 2010.

## II.
## **RECITALS**

WHEREAS, Plaintiffs in this matter filed their Motion for Partial Summary Judgment on September 3, 2010;

WHEREAS, Defendants filed their Opposition to Plaintiffs' Motion, and simultaneously Defendants' Cross-Motion for Summary Judgement on October 4, 2010;

WHEREAS, Plaintiffs must file their Reply to Defendants' Opposition and simultaneously Plaintiffs' Opposition to Defendants' Cross-Motion on or before October 18, 2010;

WHEREAS, Defendants must file their Reply to Plaintiffs' Opposition on or before November 1, 2010;

WHEREAS, under this Court's Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings ("Case Scheduling Order") dated August 6, 2010, the current fact discovery deadline of November 24, 2010 requires that all written discovery be served via mail by October 22, 2010;

/ / /

/ / /

1     WHEREAS, both Plaintiffs' Motion for Partial Summary Judgment and
2 Defendants' Cross-Motion for Summary Judgment are set to be heard before the
3 Honorable Chief Judge Irma Gonzalez on November 15, 2010 at 10:00 a.m. in
4 Courtroom 1, or as soon thereafter as may be heard by the court;

5     WHEREAS, the hearing before Chief Judge Gonzalez on the parties' cross-
6 motions may dispose of or alter one or more of Plaintiffs' claims, and therefore
7 change the scope of, or even possibly eliminate potential discovery requests for
8 both parties;

9     WHEREAS, the parties wish to avoid costly discovery that may be
10 unnecessary or insufficient, depending on the disposition of the parties cross-
11 motions;

12     WHEREAS, all parties believe this Court's Order of August 6, 2010 should
13 be vacated, and a new Fed. R. Civ. P. 26 (f) Case Management Conference for this
14 Action should be scheduled to establish a new discovery schedule one week
15 following a ruling on the parties' cross-motions, or as soon thereafter as the court
16 deems convenient;

17     WHEREAS, the parties do not believe a new Case Management Conference
18 will prejudice any party or result in undue delay;

19     WHEREAS, Federal Rule of Civil Procedure ("FRCP") Rule 16(b)(4)
20 requires good cause and judicial consent as prerequisites to modifying a scheduling
21 order;

22 / / /
23 / / /
24 / / /

1  THE PARTIES HEREBY STIPULATE AND MOVE THIS COURT TO MODIFY
2  THE ORDER OF AUGUST 6, 2010 AND ESTABLISH A REVISED
3  DISCOVERY SCHEDULE TO BE DETERMINED AT A NEW CASE
4  MANAGEMENT CONFERENCE.

**IT IS SO STIPULATED AND AGREED.**

Dated: October 6, 2010           **MICHEL & ASSOCIATES, P.C.**

/s/ C. D. Michel
C.D. Michel
Attorney for Plaintiff Edward Peruta

Dated: October 6, 2010           **PAUL NEUHARTH, JR., APC**

/s/ Paul Neuharth, Jr. (as approved on 10/6/10)
Paul Neuharth, Jr.
Attorney for Plaintiff Edward Peruta

Dated: October 6, 2010           **JAMES M. CHAPIN, County Counsel**

/s/ James M. Chapin (as approved on 10/6/10)
Attorney for Defendants County of San Diego and William D. Gore

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of:

**JOINT MOTION OF THE PARTIES TO MODIFY**
**CASE SCHEDULING ORDER**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1440 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone:  (619) 231-0401<br>Facsimile:   (619) 231-8759<br>pneuharth@sbcglobal.net |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2010.

                                              /s/ C. D. Michel
                                              C.D. Michel
                                              Attorney for Plaintiff