```
 1  C.D. Michel – SBN 144257
    Clint B. Monfort – SBN 255609
 2  Sean A. Brady – SBN 262007
    cmichel@michellawyers.com
 3  MICHEL & ASSOCIATES, P.C.
    180 E. Ocean Blvd., Suite 200
 4  Long Beach, CA 90802
    Telephone: (562) 216-4444
 5  Facsimile:  (562) 216-4445
    Attorneys for Plaintiffs / Petitioners
 6
    Paul Neuharth, Jr. – SBN 147073
 7  pneuharth@sbcglobal.net
    PAUL NEUHARTH, JR., APC
 8  1440 Union Street, Suite 102
    San Diego, CA 92101
 9  Telephone:  (619) 231-0401
    Facsimile:   (619) 231-8759
10  Attorney for Plaintiff / Petitioner EDWARD PERUTA
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**DECLARATION OF SEAN BRADY IN SUPPORT OF JOINT MOTION OF THE PARTIES TO MODIFY CASE SCHEDULING ORDER**<br><br>Honorable Irma E. Gonzalez, presiding<br><br>Action Filed: October 23, 2009<br>Trial Date: |

I, Sean Brady, declare as follows:

1. I am over the age of eighteen and not a party to this action. I am an attorney licensed to practice law before the courts of the State of California and am admitted to practice before the United States District Court for the Southern District of California. I am an attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action.

2. I have personal knowledge of the facts stated in this Declaration and, if called to testify, could and would testify competently and under oath to these facts.

3. I, along with opposing counsel, stipulated in good faith to file a joint motion seeking modification of the deadlines set forth in this Court's Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings ("Case Scheduling Order") dated August 6, 2010.

4. This action was undertaken as an attempt to allow both parties an opportunity to further determine their respective needs concerning discovery in this matter, and to eliminate wasted effort and expense.

5. I have made a good faith effort to comply with the dates and deadlines set in the Case Management Scheduling Order by trying to resolve as many issues as possible with opposing counsel via informal and formal discovery, in order to narrow this litigation to the actual disputes, while trying to avoid wasted effort and expense by the parties and this court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on:   MICHEL & ASSOCIATES, P.C.:
October 6, 2010

_____
Sean Brady
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF SEAN BRADY IN SUPPORT OF JOINT MOTION OF THE PARTIES TO MODIFY CASE SCHEDULING ORDER**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

James M. Chapin
County of San Diego
Office of County Counsel
1600 Pacific Highway
Room 355
San Diego, CA 92101-2469
(619) 531-5244
Fax: (619) 531-6005
james.chapin@sdcounty.ca.gov

Paul Neuharth, Jr. (State Bar #147073)
PAUL NEUHARTH, JR., APC
1440 Union Street, Suite 102
San Diego, CA 92101
Telephone: (619) 231-0401
Facsimile: (619) 231-8759
pneuharth@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2010.

/s/ C. D. Michel
C.D. Michel
Attorney for Plaintiff