1  JOHN C. EASTMAN, Cal. Bar No. 193726
   Center for Constitutional Jurisprudence
2  c/o Chapman University School of Law
   One University Drive
3  Orange, California 92866
   Telephone: (714) 628-2500
4  Facsimile: (714) 844-4817

5  DAVID B. KOPEL
   Adjunct Professor of Advanced Constitutional Law,
6  Denver University, Sturm College of Law
   13952 Denver West Parkway, Suite 400
7  Golden, Colorado 80401
   Telephone: (303) 279-6536
8  Facsimile: (303) 279-4176

9  ATTORNEYS FOR AMICI CURIAE
   INDEPENDENCE INSTITUTE,
10 CENTER FOR CONSTITUTIONAL JURISPRUDENCE,
   DOCTORS FOR RESPONSIBLE GUN OWNERSSHIP,
11 AND LAW ENFORCEMENT ALLIANCE OF AMERICA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**APPLICATION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:                November 15, 2010<br>Time:              10:30 a.m.<br>Location:       Courtroom 1<br>Judge:            Hon. Irma E. Gonzalez<br>Date Action Filed: October 23, 2009 |

1  Through the undersigned counsel, the Independence Institute, the Center for Constitutional Jurisprudence, Doctors for Responsible Gun Ownership, and the Law Enforcement Alliance of America apply to this Court for leave to file a brief *amicus curiae* in this case. The brief is attached to this motion.

The brief complies will rules of this Court, including page limit. Plaintiffs have consented to the filing of this brief. As of the time of filing this application we had been unable to reach counsel for the County to request consent to file this brief. So defendants have not consented to the filing of this brief.

The Independence Institute is one of the oldest of our nation's state level think tanks. The Institute has filed many *amicus curiae* briefs in federal and state cases. The Institute's briefs were cited in the U.S. Supreme Court opinions in *District of Columbia v. Heller* and *McDonald v. Chicago* (under the name of lead amicus the International Law Enforcement Educators & Trainers Association, ILEETA).

The Institute's scholarship has been cited by the Ninth Circuit and by California state courts. *Silveira v. Lockyer*, 328 F.3d 567, 585 n. 92 (9th Cir. 2003) (Kleinfeld, J., dissenting from denial of petition for rehearing en banc); *Kasler v. Lockyer*, 23 Cal.4th 472, 510, 97 Cal.Rptr.2d 334, 360 (Cal. 2000) (Brown, J., concurring); *Kasler v. Lungren*, 72 Cal.Rptr.2d 260, 265 (Cal. App. 1998).

The Center for Constitutional Jurisprudence, headed by Professor John Eastman, has also participated as *amicus curiae* briefs in many federal and state cases.

The instant brief seeks to provide this Court with a broader perspective on the relevant constitutional issues. In particular, while the parties have squabbled over standard of review, the *amicus* brief explains how the case can be easily resolved without need to pick a standard of review.

Further, the brief explains how defendants have misunderstood and misapplied the "reasonableness" standard which they seek to have applied.

The brief also carefully analyzes the implications from *Heller* of the state law cases which the *Heller* Court described as providing the correct interpretation of the right to bear arms, and the

implications from *McDonald* of the Court's examination of the anti-constitutional abuses in the South which the Fourteenth Amendment was intended to remedy.

The Law Enforcement Alliance of America is a civic organization consisting law enforcement officers, crime victims, and concerned citizens. Doctors for Responsible Gun Ownership (which like the Center for Constitutional Justice is a project of the Claremont Institute, a think tank in the neighboring Central District) is a nationwide network of physicians, allied health professionals, and others who support the safe and lawful use of firearms.

The Law Enforcement Alliance of America and Doctors for Responsible Gun Ownership seek to briefly provide this Court, via their brief, with concise information refuting the fear-mongering and misleading information which has been presented about the supposed dangers of lawful firearms carrying by citizens who have been granted permits after passing thorough background checks and safety training.

In conclusion, the aforesaid *amici* respectfully request this Court with leave to file their brief *amici curiae*.

Respectfully submitted,


_____/s/ John C. Eastman_____
John C. Eastman
Center for Constl. Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, California 92866
Telephone: (714) 628-2500

David B. Kopel
13952 Denver West Parkway, Suite 400
Golden, Colo. 80401
(303) 279-6536

Counsel of Amici Curiae

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is One University Drive, Orange, California, 92866.

I am not a party to the above-entitled action. I have caused service of:

**MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**SEE SERVICE LIST ATTACHED**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2010.

/s/ John C. Eastman
John C. Eastman, Declarant

## SERVICE LIST

James M. Chapin
County of San Diego
Office of County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469
(619) 531-5244
Fax: (619-531-6005
james.chapin@sdcounty.ca.gov


Paul Neuharth, Jr. (State Bar #147073)
PAUL NEUHARTH, JR., APC
1140 Union Street, Suite 102
San Diego, CA 92101
Telephone:     (619) 231-0401
Facsimile:      (619) 231-8759
pneuharth@sbcglobal.net


C. D. Michel
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
(562) 216-4444
Fax: (562) 216-4445
cmichel@michellawyers.com