```
1   C. D. Michel – SBN 144257
    Clint B. Monfort – SBN 255609
2   Sean A. Brady – SBN 262007
    cmichel@michellawyers.com
3   MICHEL & ASSOCIATES, P.C.
    180 E. Ocean Blvd., Suite 200
4   Long Beach, CA 90802
    Telephone: (562) 216-4444
5   Facsimile:  (562) 216-4445
    Attorneys for Plaintiffs / Petitioners
6
    Paul Neuharth, Jr. – SBN 147073
7   pneuharth@sbcglobal.net
    PAUL NEUHARTH, JR., APC
8   1140 Union Street, Suite 102
    San Diego, CA 92101
9   Telephone: (619) 231-0401
    Facsimile:  (619) 231-8759
10  Attorney for Plaintiffs / Petitioners
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>DECLARATION OF GARY MAUSER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

## DECLARATION OF GARY MAUSER

I, Gary Mauser, declare as follows:

1. I am a Canadian criminologist recently retired after teaching since 1975 at Simon Fraser University in British Columbia. I received my doctorate from the University of California, Irvine (1970). My publications concerning the criminology of firearms include: "A Comparison of Canadian and American Attitudes Toward Firearms," Canadian J. of Criminology, Vol. 32, pp. 573-589 (1990); "Gun Control in the United States," CRIMINAL LAW FORUM, Vol. 3, No. 1 (1992), pp. 147-159; "The Politics of Gun Control: Comparing Canadian and American Patterns," GOVERNMENT AND POLICY, Vol. 10, pp. 189-209 (1992); "Evaluating the 1977 Canadian Firearms Control Legislation: An Econometric Approach," 16 EVALUATION REVIEW, pp. 603-617 (1993); "Do Canadians Use Firearms in Self-protection?" 37 CANADIAN JOURNAL OF CRIMINOLOGY, October 1995, pp. 556- 61; "Armed Self Defense: the Canadian Case," JOURNAL OF CRIMINAL JUSTICE, Vol. 24, No. 5, 1996, pp. 393-406; "On Defensive Gun Use Statistics," CHANCE, AMERICAN STATISTICAL ASSOCIATION, Vol. 13, No. 1, Winter 2000, pp. 3-4; "An Evaluation of the 1977 Canadian Firearms Legislation: Robbery Involving a Firearm," APPLIED ECONOMICS, Vol. 35, pp. 423-436, (2003); and "Would Banning Firearms Reduce Murder and Suicide: A Review of International Evidence," 30 HARVARD JOURNAL OF LAW & PUBLIC POLICY, pp. 651-694 (2007). I should note that many of these articles were co-authored with other scholars.

2. I have read the respective declarations of Professors Frank Zimring and Carl Moody submitted in this case. I entirely concur in Prof. Moody's observations.

3. Prof. Zimring's observations are generally correct, but omit a crucial fact: Serious criminal violence with firearms is almost exclusively committed by people (criminals) with histories of previous crime or, occasionally, by people who are seriously mentally disturbed.

4. This is a point as to which Prof. Zimring has often been criticized. I can do no better than to quote from a more than ten year old article by Prof. Elliott critiquing prior expressions by Prof. Zimring: "Contrary to the assertions made by Zimring and Hawkins, the use of life-threatening violence in this country is, in fact, largely restricted to a criminal class and embedded in a general pattern of criminal behavior. [citations] .... The view presented [Zimring] that many or most persons involved in life-threatening violence have no prior or current involvement in other forms of crime -- is simply unsupportable.... virtually all individuals who become involved in life-threatening violent crime have prior involvement in many types of minor (and not so minor) offenses. (Delbert S. Elliott, "Life Threatening Violence is Primarily a Crime Problem: A Focus on Prevention," 69 COLO. L. REV. 1081, 1081-1098.

5. This omission is critical because it makes Prof. Zimring's views irrelevant in a case like the present. I am informed that neither juveniles nor people with crime records or mental deviancy records are eligible for concealed weapon licenses. These are the people who commit serious violent crime. And they are irrelevant to the issuance of such licenses because they are ineligible for such licenses in any event.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.
Executed in Coquitlam, Canada on October 13, 2010.

*/s/ Gary Mauser*
Gary Mauser

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF GARY MAUSER
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1140 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone: (619) 231-0401<br>Facsimile: (619) 231-8759<br>pneuharth@sbcglobal.net |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2010.

/s/ C.D. Michel
C. D. Michel
Attorney for Plaintiffs