```
 1 │ C. D. Michel – SBN 144257
   │ Clint B. Monfort – SBN 255609
 2 │ Sean A. Brady – SBN 262007
   │ cmichel@michellawyers.com
 3 │ MICHEL & ASSOCIATES, P.C.
   │ 180 E. Ocean Blvd., Suite 200
 4 │ Long Beach, CA 90802
   │ Telephone: (562) 216-4444
 5 │ Facsimile:  (562) 216-4445
   │ Attorneys for Plaintiffs / Petitioners
 6 │
   │ Paul Neuharth, Jr. – SBN 147073
 7 │ pneuharth@sbcglobal.net
   │ PAUL NEUHARTH, JR., APC
 8 │ 1140 Union Street, Suite 102
   │ San Diego, CA 92101
 9 │ Telephone:  (619) 231-0401
   │ Facsimile:   (619) 231-8759
10 │ Attorney for Plaintiffs / Petitioners
11 │
12 │                UNITED STATES DISTRICT COURT
13 │               SOUTHERN DISTRICT OF CALIFORNIA
14 │
15 │ EDWARD PERUTA, MICHELLE      )  CASE NO: 09-CV-2371 IEG (BGS)
   │ LAXSON, JAMES DODD, DR.      )
16 │ LESLIE BUNCHER, MARK         )  DECLARATION OF BRIAN
   │ CLEARY, and CALIFORNIA RIFLE )  PATRICK IN SUPPORT OF
17 │ AND PISTOL ASSOCIATION       )  PLAINTIFFS' OPPOSITION TO
   │ FOUNDATION                   )  DEFENDANT'S MOTION FOR
18 │                              )  SUMMARY JUDGMENT
   │            Plaintiffs,       )
19 │                              )
   │        v.                    )
20 │                              )
   │ COUNTY OF SAN DIEGO,         )
21 │ WILLIAM D. GORE,             )
   │ INDIVIDUALLY AND IN HIS      )
22 │ CAPACITY AS SHERIFF,         )
   │                              )
23 │            Defendants.       )
   │ ─────────────────────────────
24 │
25 │
26 │
27 │
28 │
```

## DECLARATION OF BRIAN PATRICK

I, Brian Patrick, declare as follows:

1. I am a tenured associate professor at the University of Toledo, and hold a PhD from University of Michigan. My focus for the past decade or so has been studies regarding the laws giving law abiding, responsible applicants a right to concealed weapon carry licensure. My most recent and relevant publication is a book on the history and social-political movement toward those laws. Published last year by the academic press Lexington Books, my book is titled *Rise of the Anti-Media, Informing America's Concealed Weapons Movement* (2009).

2. The movement for such laws generated enormous controversy due to the predictions of people like Prof. Zimring that those states enacting them would experience a surge in murders and other gun crimes committed by the millions of people who obtained concealed carry permits. In fact, the experience in the states that enacted such laws has been that murder and other violent gun crimes sharply declined - and nowhere increased. This conclusion is empirically supported by the data sets maintained by various state governments for the purpose of tracking and evaluation of the effects of these laws.

3. The predictions that murder and other gun crime would increase contradicted what has become a truism among criminologists: Murder and other serious violent crime is committed by people who are deranged and/or are long time criminals. That is consistently established by homicide studies dating back to the 19th Century. Ordinary people are not the source of violent crime. Further, the background checks and licensure processes of the various states have been shown to effectively filter out the violent and the impulsive.

4. If people who are deranged and/or are long time criminals would obey our laws which forbid their having guns, gun crime would virtually cease. But they do not obey those laws, and law enforcement resources seem too meager to enforce the laws upon them. That is the MAJOR cause of murder and other gun crimes in

1  America.

2      5.    There is not, and never was, any basis for predicting that if given gun
3  permits, ordinary law-abiding adults would commit violent crime. The kind of
4  people who are granted gun permits may be enabled thereby to defend themselves,
5  but virtually never end up committing gun crimes, an empirical fact also verifiable
6  by examining the comprehensive data sets of the many states that issue concealed
7  weapons licenses to law-abiding citizens.

8      I declare under penalty of perjury that the foregoing is true and correct.
9      Executed in Toledo, Ohio, United States on October 13, 2010.



Brian Patrick

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

James M. Chapin
County of San Diego
Office of County Counsel
1600 Pacific Highway
Room 355
San Diego, CA 92101-2469
(619) 531-5244
Fax: (619) 531-6005
james.chapin@sdcounty.ca.gov

Paul Neuharth, Jr. (State Bar #147073)
PAUL NEUHARTH, JR., APC
1140 Union Street, Suite 102
San Diego, CA 92101
Telephone: (619) 231-0401
Facsimile: (619) 231-8759
pneuharth@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___18___, 2010

/s/ C.D. Michel
C. D. Michel
Attorney for Plaintiffs