C. D. Michel – SBN 144257
Clint B. Monfort – SBN 255609
Sean A. Brady – SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile:   (562) 216-4445
Attorneys for Plaintiffs / Petitioners

Paul Neuharth, Jr. – SBN 147073
pneuharth@sbcglobal.net
PAUL NEUHARTH, JR., APC
1140 Union Street, Suite 102
San Diego, CA 92101
Telephone:  (619) 231-0401
Facsimile:   (619) 231-8759
Attorney for Plaintiffs / Petitioners

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**PLAINTIFFS' EX PARTE APPLICATION TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND;**<br><br>**REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Irma E. Gonzalez<br><br>Date Action Filed: October 23, 2009 |

Plaintiffs Edward Peruta, Michelle Laxson, James Dodd, Dr. Leslie Buncher, Mark Cleary, and California Rifle and Pistol Association Foundation (collectively "Plaintiffs") hereby apply to the Court and respectfully request, pursuant to Local Civil Rule 79.2.c, that this Court issue an Order allowing Plaintiffs to file the

| | |
|---|---|
| 1 | following documents under seal as attachments in support of their Consolidated |
| 2 | Opposition to Defendant's Motion for Summary Judgment and Reply to |
| 3 | Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment |
| 4 | ("Plaintiffs' Motion") as provided for and allowed in the Court's Protective Order |
| 5 | dated July 14, 2010: Exhibits "L" through "O." |
| 6 |     The exhibits Plaintiffs seek to file under seal are documents that contain |
| 7 | confidential personal information regarding persons who have applied for |
| 8 | concealed weapons licenses and are therefore covered under the Protective Order. |
| 9 |     For these reasons, Plaintiffs respectfully request that the Court issue an Order |
| 10 | permitting the filing under seal of the indicated documents supplementing |
| 11 | Plaintiffs' Motion. |

DATED: October 18, 2010          **MICHEL & ASSOCIATES, PC**

By:  / s /C.D. Michel
C.D. Michel
Attorney for Plaintiffs


DATED: October 18, 2010          **PAUL NEUHARTH, JR., APC**

By: /s/ Paul Neuharth, Jr.(as approved on 10/18/10)
Paul Neuharth, Jr.
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>　　　　Defendants. | **CASE NO. 09-CV-2371 IEG (BGS)**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:
**PLAINTIFFS' EX PARTE APPLICATION TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND;**

**REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1440 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone:　(619) 231-0401<br>Facsimile:　(619) 231-8759<br>pneuharth@sbcglobal.net |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2010.

　　　　　　　　　　　　　　　　/s/ C.D. Michel
　　　　　　　　　　　　　　　　C. D. Michel
　　　　　　　　　　　　　　　　Attorney for Plaintiffs