1   C.D. Michel – SBN 144257
    Clint B. Monfort – SBN 255609
2   Sean A. Brady – SBN 262007
    cmichel@michellawyers.com
3   MICHEL & ASSOCIATES, P.C.
    180 E. Ocean Blvd., Suite 200
4   Long Beach, CA 90802
    Telephone: (562) 216-4444
5   Facsimile:   (562) 216-4445
    Attorneys for Plaintiffs / Petitioners
6
    Paul Neuharth, Jr. – SBN 147073
7   pneuharth@sbcglobal.net
    PAUL NEUHARTH, JR., APC
8   1140 Union Street, Suite 102
    San Diego, CA 92101
9   Telephone:  (619) 231-0401
    Facsimile:   (619) 231-8759
10  Attorney for Plaintiffs / Petitioners

11

12              UNITED STATES DISTRICT COURT

13          SOUTHERN  DISTRICT OF CALIFORNIA

14

15  EDWARD PERUTA, MICHELLE          )  CASE NO: 09-CV-2371 IEG (BGS)
    LAXSON, JAMES DODD, DR.          )
16  LESLIE BUNCHER, MARK             )  DECLARATION OF SEAN BRADY
    CLEARY, and CALIFORNIA RIFLE     )  IN SUPPORT OF PLAINTIFFS' EX
17  AND PISTOL ASSOCIATION           )  PARTE APPLICATION TO FILE
    FOUNDATION                       )  DOCUMENTS IN SUPPORT OF
18                                   )  CONSOLIDATED OPPOSITION TO
              Plaintiffs,            )  DEFENDANT'S MOTION FOR
19                                   )  SUMMARY JUDGMENT AND;
         v.                          )
20                                   )  REPLY TO DEFENDANT'S
    COUNTY OF SAN DIEGO,             )  OPPOSITION TO PLAINTIFFS'
21  WILLIAM D. GORE,                 )  MOTION FOR PARTIAL SUMMARY
    INDIVIDUALLY AND IN HIS          )  JUDGMENT
22  CAPACITY AS SHERIFF,             )
                                     )  Hon. Irma E. Gonzalez
23            Defendants.            )
    _____)  Date Action Filed: October 23, 2009
24

25

26

27

28

## DECLARATION OF SEAN BRADY

I, Sean Brady, am competent to state, and testify to the following based on my personal knowledge:

1. I am over the age of eighteen and not a party to this action. I am an attorney licensed to practice law before the courts of the State of California and am admitted to practice before the United States District Court for the Southern District of California. I am an associate of the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action.

2. I have personal knowledge of the facts stated in this declaration and, if called to testify, could and would testify competently and under oath to these facts.

3. The documents that Plaintiffs seek to file as Exhibits "L" through "O" under seal in support of Plaintiffs' Consolidated Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment were received by my office on September 30, 2010. Plaintiffs filed their Motion for .Partial Summary Judgment on September 3, 2010.

4. Counsel for Defendants, James Chapin, though not in accordance with Paragraph I.5 and Paragraph III of this Court's Protective Order, requested that these documents be designated "Confidential" and thus subject to that Protective Order.

I declare under penalty of perjury, under the laws of the state of California, that the foregoing is true and correct.

Executed in the United States on October 18, 2010.

_____
Sean A. Brady
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION

        Plaintiff,

     v.

COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,

        Defendants.

) CASE NO. 09-CV-2371 IEG (BGS)
)
) **CERTIFICATE OF SERVICE**
)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:
**DECLARATION OF SEAN BRADY IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO FILE DOCUMENTS IN SUPPORT OF CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND;**

**REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

James M. Chapin
County of San Diego
Office of County Counsel
1600 Pacific Highway
Room 355
San Diego, CA 92101-2469
(619) 531-5244
Fax: (619-531-6005
james.chapin@sdcounty.ca.gov

Paul Neuharth, Jr. (State Bar #147073)
PAUL NEUHARTH, JR., APC
1140 Union Street, Suite 102
San Diego, CA 92101
Telephone:   (619) 231-0401
Facsimile:   (619) 231-8759
pneuharth@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 18, 2010

        /s/  C.D. Michel
        C. D. Michel
        Attorney for Plaintiffs