UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO FILE DOCUMENTS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having considered Plaintiffs' Ex Parte Application to File Documents in Support of Plaintiffs' Consolidated Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment, and finding good cause therefore,

**IT IS HEREBY ORDERED** that Plaintiffs shall be allowed to file Exhibits "L" through "O" under seal in support of their Consolidated Opposition/Reply in accordance with the Court's Protective Order of July 14, 2010.

///

///

1

09-CV-2371 IEG (BGS)

1    IT IS SO ORDERED.

2

3 DATED: October 19, 2010

4    _____
     IRMA E. GONZALEZ, Chief Judge
5    United States District Court