1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | **CASE NO: 09-CV-2371 IEG (BGS)**<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>(Doc. No. 44) |

The Court finds that good cause for modifying the Case Scheduling Order has been shown, and that a new Case Management Conference will not prejudice any party to this action, nor will it result in any undue delay,

///

///

1    IT IS HEREBY ORDERED that the parties' Joint Motion to Modify the Scheduling Order
2 is GRANTED. The Case Management Order shall be modified during a Case Management
3 Conference to be held one week following a ruling on the parties' cross-motions for summary
4 judgment.  The parties are to jointly contact Judge Skomal's chambers within three (3) days of
5 receiving the decision the motions.
6    **IT IS SO ORDERED.**

8 DATED:  October 20, 2010

Hon. Bernard G. Skomal
U.S. Magistrate Judge
United States District Court