UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS BRIEFS**<br><br>[Doc. Nos. 37, 45] |

On October 18, 2010, the Independence Institute, the Center for Constitutional Jurisprudence, Doctors for Responsible Gun Ownership, and the Law Enforcement Alliance of America filed a motion for leave to file a brief *amicus curiae* in this case. (Doc. No. 45.)

Previously, on October 4, 2010, Neil R. O'Hanlon entered an appearance on behalf of the Brady Center to Prevent Gun Violence as *amicus curiae*. (Doc. No. 37.) As Exhibit 1 to his notice of appearance, Mr. O'Hanlon submitted an application and proposed brief *amicus curiae*, which the Court construes as a motion for leave to filed a brief *amicus curiae*.

**GOOD CAUSE** showing, the Court **GRANTS** both motions.

1 **IT IS SO ORDERED.**

3 DATED: October 29, 2010

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court