TOPICAL INDEX

Page(s)

TABLE OF AUTHORITIES ................................................................................... ii

I    THE SECOND AMENDMENT ............................................................ 1

    A.    What Plaintiffs Are Seeking. .................................................... 1

    B.    Plaintiff's Conception of *Heller* Has Yet to Survive Judicial Review. ........................................................................ 2

II    STANDARDS OF JUDICIAL REVIEW ............................................. 4

    A.    There Is No Strict Scrutiny Trend. ............................................ 4

    B.    The Actual Trend. ..................................................................... 4

III    EVIDENCE OF GOVERNMENTAL INTEREST ............................... 5

IV    THERE IS NO CONSTITUTIONALLY PROTECTED INTEREST IN A CONCEALED WEAPONS PERMIT ..................... 8

V    EQUAL PROTECTION .......................................................................... 9

    A.    Requiring Evidence of "Good Cause" Does Not Violate Equal Protection. ......................................................... 9

    B.    Plaintiffs Cannot Prove Preferential Treatment To HDSA Members. ................................................................. 9

    C.    No Factual Dispute Exists As To Peruta's Denial. ................... 14

VI    CONCLUSION ................................................................................... 15

TABLE OF AUTHORITIES

Page(s)

<u>Cases</u>

*Andrews v. State*, 50 Tenn. 165 (1851) .................................................................. 10

*CBS, Inc. v. Block*, 42 Cal.3d 646 (1986) ................................................................ 9

*Dano v. Collins*, 166 Ariz. 322 (Ct. App. Div. 1 1990) ................................... 10

*Dority v. Roy*, 2010 U.S. Dist. LEXIS 84403
  (E.D. Tex. Aug. 17, 2010) ................................................................................. 4

*Heller v. D.C.*, 698 F.Supp.2d 179 (D.C. Cir. 2010) ............................ 1, 2, 3, 4, 9, 10

*In re Eric J.*, 25 Cal.3d 522 (1979) ........................................................................ 10

*In re Evans*, 49 Cal. App. 4th 1263 (1996) ............................................................ 10

*Erdelyi v. Obrien,* 680 F.2d 61 (9th Cir. 1982) ................................................... 8, 9

*Ezell v. City of Chicago,* 2010 U.S. Dist. LEXIS 108341, 17-18
  (N.D. Ill. Oct. 12, 2010) .................................................................................. 5

*Shandralina G. v. Homonchuk*, 147 Cal. App. 4th 395 (2007) ........................ 11

*Juchert v. California Water Service Co.*, 16 Cal.2d 500 (1940) ...................... 12

*Kuzinich v. County of Santa Clara*, 689 F.2d 1345 (9th Cir. 1983) ................. 11

*David K. Mehl, et al. v. Lou Blanas, et al.*,
  2008 U.S. Dist. LEXIS 8349 (E.D. Cal. 2008) ............................................. 3

*McDonald v. City of Chicago*, ___ U.S. ___, 130 S.Ct. 3020 (2010) ............. 4, 9

*Nunn v. State*, 1 Ga. 243 (1846) ........................................................................... 10

*People v. Flores*, 169 Cal. App. 4th 568 (2008) ............................................. 2, 3, 11

*People v. Yarbrough*, 169 Cal. App. 4th 303 (2008) ......................................... 2

*James Rothery, et al. v. Lou Blanas, et al.,* U.S. District Court
  For the Eastern District of California, No. CIV S 08-02064 ....................... 3

*State v. Reid*, 1 Ala. 612 (1840) ............................................................................ 10

*State v. Smith*, 11 L.A. Ann 633 (1856) .............................................................. 10

*State of Wisconsin v. Schultz,* No official citation .......................................... 4

TABLE OF AUTHORITIES

Page(s)

<u>Cases</u> (cont'd)

*United States v. Engstrum*, 609 F.Supp.2d 1227 (D.Utah 2009) ..................... 4

*United States v. Hart*, 2010 U.S. Dist. LEXIS 77160
   (D. Mass. 2010) ......................................................................................... 4

*United States v. Roy*, 2010 U.S. Dist. LEXIS 107620
   (D. Me. Oct. 6, 2010) ................................................................................. 4

*United States v. Salerno*, 481 U.S. 739 (1987) ................................................ 10

*United States v. Seay*, 2010 U.S. App. LEXIS 18738
   (8th Cir. S.D. Sept. 8, 2010) ...................................................................... 4

*United States v. Skoien*, 614 F.2d 638 (7th Cir. 2010) .................................... 3, 4, 5

*Yohe v. Marshall*, 2010 U.S. Dist. LEXIS 109415
   (D. Mass. Oct. 14, 2010) ........................................................................... 4

<u>Statutes</u>

Federal

Title 42, United States Code

    Section 1983 ................................................................................................ 8

State

Penal Code

    Section 12025 .............................................................................................. 1
    Section 12031 .............................................................................................. 1, 2
    Section 12031(g) ......................................................................................... 1
    Section 12031(h) ......................................................................................... 1
    Section 12031(i) .......................................................................................... 1
    Section 12031(j) .......................................................................................... 2
    Section 12031(l) .......................................................................................... 1
    Section 12050 .............................................................................................. 9, 14

Welfare and Institutions Code

    Section 8100 ................................................................................................ 7

TABLE OF AUTHORITIES

Page(s)

<u>Statutes</u> (cont'd)

<u>Other</u>

Ayres and Donohue, *The Latest Misfires in Support of the 'More Guns, Less Crime' Hypothesis*. 55 Stan. L. Rev. 1371 (2003) ............ 11

Ayres and Donohue, *Shooting Down the "More Guns, Less Crime" Hypothesis*. 55 Stan. L. Rev. 1193 (2003) .............................. 8

Ayres and Donohue, *More Guns, Less Crime Fails Again: The Latest Evidence from 1977-2006*. 6 Econ Journal Watch 2, 218-238 (May 2009) ........................................................................ 11

Ian Ayres and John J. Donohue III, *Yet Another Refutation of the More Guns, Less Crime Hypothesis – With Some Help From Moody and Marvell*, 6 Econ Journal Watch 1, 35-59 (Jan. 2009) ....... 8, 10, 11

Donohue, *The Final Bullet In The Body Of The More Guns, Less Crime Hypothesis*, 2 Stan. L. Rev. 3, 397-410 (2003) .......................... 10, 11

Mark Duggan, *More Guns, More Crime*, 109 Journal of Political Economy 1086-1114 (Oct. 5, 2001) .................................. 8, 11

Second Amendment .................................................................. 1, 2, 3, 9

Winkler, *Scrutinizing the Second Amendment*, 105 Mich. L. Rev. 683, 727 (2007) ............................................. 10

Wisconsin State Rule

    Section 809.23(3) .................................................................. 4

Wolfgang Marvin, Robert Figlio and Thorsten Sellin, *Delinquency in a Birth Cohort* University of Chicago Press Chicago (1972) .................. 6

Zimring, Francis E., *The Great American Crime Decline* 2007. New York: Oxford Univ Press (2007) .................................................. 7, 10