JOHN J. SANSONE, County Counsel
County of San Diego
By JAMES M. CHAPIN, Senior Deputy (SBN 118530)
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone:  (619) 531-5649
Facsimile:  (619) 531-6005
E-mail: james.chapin@sdcounty.ca.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,,<br><br>Defendants. | No. 09-CV-2371 IEG (BLM)<br><br>**DEFENDANT WILLIAM D. GORE'S MOTION TO EXCEED PAGE LIMIT FOR REPLY**<br><br>Date:   November 15, 2010<br>Time:   10:30 a.m.<br>Dept: 1 – Courtroom of the<br>            Hon. Irma E. Gonzalez |

The briefing schedule for the cross-motions in this action limits Defendant's Reply Point and Authorities to ten pages.  Because Plaintiffs have offered new evidence in the form of three expert declarations as well as additional documents with their Opposition, Defendant requires additional pages for the Reply.

Defendant therefore moves the court for an Order permitting a Reply not to exceed fifteen pages.

DATED:  November 1, 2010         JOHN J. SANSONE, County Counsel

By: s/ *James M. Chapin*
JAMES M. CHAPIN, Senior Deputy
Attorneys for Defendant William D. Gore

09-CV-2371 IEG (BLM)