# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, <br><br> Defendants. | **CASE NO: 09-CV-2371 IEG (BGS)** <br><br> **ORDER GRANTING LEAVE TO FILE REPLY IN EXCESS OF PAGE LIMIT** |

Having considered Defendant's motion for an order granting leave to file a Reply in excess of the page limit set forth in the stipulated briefing schedule adopted by order of this Court on October 6, 2010, and finding good cause therefore:

The Court **GRANTS** Defendant's motion for leave to file a Reply not exceeding fifteen pages.

**IT IS SO ORDERED.**

DATED:  November 3, 2010

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**