1  C. D. Michel – SBN 144257
   Clint B. Monfort – SBN 255609
2  Sean A. Brady – SBN 262007
   cmichel@michellawyers.com
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:    (562) 216-4444
5  Facsimile:    (562) 216-4445
   Attorneys for Plaintiffs / Petitioners
6
   Paul Neuharth, Jr. – SBN 147073
7  pneuharth@sbcglobal.net
   PAUL NEUHARTH, JR., APC
8  1140 Union Street, Suite 102
   San Diego, CA 92101
9  Telephone:    (619) 231-0401
   Facsimile:    (619) 231-8759
10 Attorney for Plaintiffs / Petitioners

11

12              IN THE UNITED STATES DISTRICT COURT

13               SOUTHERN DISTRICT OF CALIFORNIA

14

15 EDWARD PERUTA, MICHELLE          )   CASE NO. 09-CV-2371 IEG (BGS)
   LAXSON, JAMES DODD, DR. LESLIE   )
16 BUNCHER, MARK CLEARY, and        )   **PLAINTIFFS' EX PARTE MOTION FOR**
   CALIFORNIA RIFLE AND PISTOL      )   **LEAVE TO FILE SUR-REPLY IN**
17 ASSOCIATION FOUNDATION           )   **RESPONSE TO DEFENDANT'S REPLY**
                                    )   **IN SUPPORT OF DEFENDANT'S**
18              Plaintiff,          )   **MOTION FOR SUMMARY JUDGMENT,**
                                    )   **EXHIBIT "A" (PROPOSED SUR-REPLY)**
19      v.                          )
                                    )
20 COUNTY OF SAN DIEGO, WILLIAM D.  )   Hon. Irma E. Gonzalez
   GORE, INDIVIDUALLY AND IN HIS    )
21 CAPACITY AS SHERIFF,             )   Date Action Filed: October 23, 2009
                                    )
22              Defendants.         )
                                    )
23                                  )
                                    )
24 ─────────────────────────────────)

25      Plaintiffs hereby move this Court to allow Plaintiffs to file a five (5) page Sur-Reply in

26 opposition to Defendant William Gore's Reply in Support of Defendant's Motion for Summary

27 Judgment ("Defendant's Reply").

28

                                    1

**INTRODUCTION**

The negotiated Stipulated briefing Schedule on these cross-motions was specifically designed to provide both parties an equal amount of pages (45) to make their respective arguments.  With the Defendants' 5-page extension, they have now been given 50 pages.

Defendants, in violation of the Stipulated Briefing Schedule and contrary to Ninth Circuit case law, raised new legal arguments in its Reply. Plaintiffs should be permitted to address these.

The filing of a brief sur-reply will not delay these proceedings. Per Local Rule 83.3.h.2, counsel for the parties conferred prior to the filing of this motion. Counsel for Defendants stated that they are unwilling to stipulate to allow Plaintiffs to file a sur-reply.

**ARGUMENT**

**I.      Allowing Defendants to Exceed the Page Limits, but Denying Plaintiffs Leave to File a Sur-Reply would Defeat the Purpose of the Stipulated Briefing Schedule and Prejudice Plaintiffs**

In accordance with the stipulated briefing schedule stipulated to by the parties and granted by this Court on September 8, 2010, the following events occurred:

On September 3, 2010, Plaintiffs filed a Motion for Partial Summary Judgment, the supporting Points and Authorities which were not to, and did not, exceed 25 pages.

On October 4, 2010, Defendants filed their Opposition to Plaintiffs' Motion, and simultaneously Defendants' Cross-Motion for Summary Judgment, the supporting Points and Authorities for which were not to, and did not exceed 35 pages total.

On October 5, 2010, due to the fact that the Brady Campaign also submitted a lengthy and substantial amicus curiae brief in support of Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment, and the fact that Defendants included a lengthy declaration by Mr. Franklin Zimring in support of their Cross-Motion and Opposition to Plaintiffs' Motion for Partial Summary Judgment, the parties filed a joint motion to amend the briefing schedule in order to allow Plaintiffs an additional week to file their response. Plaintiffs also agreed to grant Defendants an extra week to file their Reply.

On October 18, 2010, Plaintiffs filed their Consolidated Reply to Defendant's Opposition and Plaintiffs' Opposition to Defendants' Cross-Motion, the supporting Points and Authorities for

2

1    which were not to, and did not, exceed 20 pages total, as had been agreed.

2         On November 1, 2010, Defendants filed their Reply to Plaintiffs' Opposition, the supporting

3    Points and Authorities for which were not exceed 10 pages. *The issues addressed in this Reply*

4    *were to be limited to responding only to the issues raised in Plaintiffs' Opposition to Defendants'*

5    *Cross-Motion*. Defendants sought leave to exceed the 10 page limitation by five pages. The Court

6    granted that request.

7         Defendants' reason for seeking a five (5) page extension on their Reply is to address the

8    expert declarations and the additional documents Plaintiffs submitted in support of their

9    Opposition. *See* Defendant's Motion to Exceed Page Limit for Reply 1:21-23 ("Because Plaintiffs

10   have offered new evidence in the form of three expert declarations as well as additional

11   documents with their Opposition, Defendant requires additional pages for the Reply.").  But

12   despite Plaintiffs being faced with an extensive declaration, new evidence, and an amicus brief in

13   preparing their Opposition/Reply, in accordance with the stipulation and court order Plaintiffs did

14   not seek a page-limit extension.

15   **II.   Plaintiffs Should be Allowed to Address Defendants' New Arguments**

16        Under the recitals set forth in both joint motions to amend the briefing schedule, the most

17   recent of which was granted by the Court on October 8, 2010, the issues in Defendant's Reply

18   were to be limited exclusively to those raised in Plaintiffs' Opposition to Defendant's Motion for

19   Summary Judgment. *See* Joint Motion to Adopt Stipulated Briefing Schedule (October 5, 2010) at

20   3:13-15 ("The issues addressed in this Reply shall be limited to responding to the issues raised in

21   Plaintiffs' Opposition to Defendants' Cross-Motion."). That Joint Motion was granted because the

22   Court found good cause for amending the briefing schedule of this case "*in accordance with the*

23   *parties' request*." (Order Granting Joint Motion of the Parties to Adopt Stipulated Briefing

24   Schedule, October 8, 2010) (emphasis added).

25        Despite this limitation, Defendants last brief raised new arguments as to why their CCW

26   issuance policy is constitutional, as well as arguments regarding their position on the applicable

27   standard of review in this case.  Defendants are now arguing that unloaded, open carry of a firearm

28   with ammunition nearby is a method of carrying a firearm that satisfies the requirements of the

1  Second Amendment.  And, Defendants reveal new cases involving the question of bearing arms

2  pending before the Ninth Circuit, neither of which Plaintiffs have had an opportunity to address.

3       Defendants had ample opportunity to raise the arguments in their Opposition to Plaintiffs'

4  Motion, but failed to. "Parties should not raise new issues for the first time in their reply briefs."

5  *Pac. Rollforming, LLC v. Trakloc N. Am.*, LLC, 2010 U.S. Dist. LEXIS 60756 (S.D. Cal. June 17,

6  2010). *See also  Ass'n of Irritated Residents v. C & R Vanderham Dairy*, 435 F. Supp. 2d 1078,

7  1089 (E.D. Cal. 2006) ("It is inappropriate to consider arguments raised for the first time in a

8  reply brief.");  *Cedano-Viera v. Ashcroft*, 324 F.3d 1062, 1066 n.5 (9th Cir. 2003) ("[W]e decline

9  to consider new issues raised for the first time in a reply brief."); *Bazuaye v. INS*, 79 F.3d 118, 120

10  (9th Cir. 1996) ("Issues raised for the first time in the reply brief are waived."); *United States ex*

11  *rel. Giles v. Sardie*, 191 F. Supp. 2d 1117, 1127 (C.D. Cal. 2000) ("It is improper for a moving

12  party to introduce new facts or different legal arguments in the reply brief than those presented in

13  the moving papers.").

14       When a court does exercise its discretion and chooses to rely on materials raised for the first

15  time in a reply brief, the opposing party *must* be afforded a reasonable opportunity to respond. *See*

16  *Beaird v Seagate Tech, Inc.*, 145 F.3d 1159, 1164-1165 (10th Cir. 1998).

17       Because Defendants raised new issues in their Reply brief in direct violation of the recitals

18  of the Joint Stipulated Briefing Schedule, and Ninth Circuit precedent, thereby placing Plaintiffs

19  in a precarious and prejudicial position, Plaintiffs seek to file the proposed sur-reply attached

20  hereto as Exhibit "A."

21  **CONCLUSION**

22       For the aforementioned reasons, Plaintiffs respectfully request leave to file their proposed

23  five (5) page Sur-Reply in Opposition to Defendant's Reply.

24  **MICHEL & ASSOCIATES, PC**          **PAUL NEUHARTH, JR., APC**

25

26  By:  /s/ C. D. Michel                By: /s/ Paul Neuharth, Jr.
    (as approved on 11/8/10)            (as approved on 11/8/10)

27  C. D. Michel                          Paul Neuharth, Jr.
    Attorney for Plaintiffs               Attorney for Plaintiff

28

4

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | **CASE NO. 09-CV-2371 IEG (BGS)**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, EXHIBIT "A" (PROPOSED SUR-REPLY)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1440 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone:    (619) 231-0401<br>Facsimile:    (619) 231-8759<br>pneuharth@sbcglobal.net |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2010.

/s/ C.D. Michel
C. D. Michel
Attorney for Plaintiffs

5