| | |
|---|---|
| 1 | C. D. Michel – SBN 144257 |
| | Clint B. Monfort – SBN 255609 |
| 2 | Sean A. Brady – SBN 262007 |
| | cmichel@michellawyers.com |
| 3 | MICHEL & ASSOCIATES, P.C. |
| | 180 E. Ocean Blvd., Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone:   (562) 216-4444 |
| 5 | Facsimile:   (562) 216-4445 |
| | Attorneys for Plaintiffs / Petitioners |
| 6 | |
| | Paul Neuharth, Jr. – SBN 147073 |
| 7 | pneuharth@sbcglobal.net |
| | PAUL NEUHARTH, JR., APC |
| 8 | 1140 Union Street, Suite 102 |
| | San Diego, CA 92101 |
| 9 | Telephone:   (619) 231-0401 |
| | Facsimile:   (619) 231-8759 |
| 10 | Attorney for Plaintiffs / Petitioners |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION | CASE NO: 09-CV-2371 IEG (BGS) |
| | | DECLARATION OF SEAN BRADY IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE SUR REPLY IN RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 18 | Plaintiffs, | |
| 19 | v. | Hon. Irma E. Gonzalez |
| 20 | COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, | Date Action Filed: October 23, 2009 |
| 22 | Defendants. | |

09-CV-2371 IEG (BGS)

**DECLARATION OF SEAN BRADY**

I, Sean Brady, am competent to state, and testify to the following based on my personal knowledge:

1. I am counsel for the Plaintiffs in the above-captioned matter.

2. In accordance with the stipulated briefing schedule stipulated to by the parties and granted by this Court on September 8, 2010, the following events occurred:

3. On September 3, 2010, Plaintiffs filed a Motion for Partial Summary Judgment, the supporting Points and Authorities which were not to, and did not, exceed 25 pages.

4. On October 4, 2010, Defendants filed their Opposition to Plaintiffs' Motion, and simultaneously Defendants' Cross-Motion for Summary Judgment, the supporting Points and Authorities for which were not to, and did not exceed 35 pages total.

5. On October 5, 2010, due to the fact that the Brady Campaign also submitted a lengthy and substantial amicus curiae brief in support of Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment, and the fact that Defendants included a lengthy declaration by Mr. Franklin Zimring in support of their Cross-Motion and Opposition to Plaintiffs' Motion for Partial Summary Judgment, the parties filed a joint motion to amend the briefing schedule in order to allow Plaintiffs an additional week to file their response. Plaintiffs also agreed to grant Defendants an extra week to file their Reply.

6. On October 18, 2010, Plaintiffs filed their Consolidated Reply to Defendant's Opposition and Plaintiffs' Opposition to Defendants' Cross-Motion, the supporting Points and Authorities for which were not to, and did not, exceed 20 pages total.

7. On November 1, 2010, Defendants filed their Reply to Plaintiffs' Opposition, the supporting Points and Authorities for which were not exceed 10 pages. The issues addressed in this Reply were to be limited to responding only to the issues raised in Plaintiffs' Opposition to Defendants' Cross-Motion. Defendants sought leave to exceed the 10 page limitation by five pages. The Court granted that request.

8. Defendants have filed 50 pages of briefing on this matter, while Plaintiffs have only filed 45 pages. Plaintiffs seek an additional five (5) pages to address new arguments raised by

1  Defendants, and to have an equal amount of briefing, as originally agreed to.

2       9.    On November 5, 2010, I attempted to contact Defendants' counsel, James Chapin, via e-mail in order to determine whether Defendants would be willing to stipulate to allowing Plaintiffs to file a five (5) page sur-reply.

     10.    Having not heard back from Defendants's counsel, I again sent an email to Mr. Chapin on November 8, 2010.

     11.    Mr. Chapin responded to that communication, indicating that Defendants are unwilling to stipulate to allow Plaintiffs to file a sur-reply.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed in the United States on November 8, 2010.

_____
Sean A. Brady
Attorney for Plaintiffs

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION

        Plaintiff,

v.

COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,

        Defendants.

) CASE NO. 09-CV-2371 IEG (BGS)
)
) **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF SEAN BRADY IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE SUR REPLY IN RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1140 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone:   (619) 231-0401<br>Facsimile:   (619) 231-8759<br>pneuharth@sbcglobal.net |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2010.

                                /s/ C.D. Michel
                                C. D. Michel
                                Attorney for Plaintiffs