JOHN J. SANSONE, County Counsel
County of San Diego
By JAMES M. CHAPIN, Senior Deputy (SBN 118530)
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone:  (619) 531-5649
Facsimile:  (619) 531-6005
E-mail: james.chapin@sdcounty.ca.gov

Attorneys for Defendant William D. Gore

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,,<br><br>Defendants. | No. 09-CV-2371 IEG (BLM)<br><br>**DEFENDANT WILLIAM D. GORE'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY AND OBJECTION TO PLAINTIFFS' NEW SEPARATE STATEMENT**<br><br>Date:   November 15, 2010<br>Time:   10:30 a.m.<br>Dept: 1 – Courtroom of the<br>        Hon. Irma E. Gonzalez |

## I

## THE ADDITIONAL FILINGS ARE UNTIMELY AND INAPPROPRIATE

**A.    Sur-Reply**.

Plaintiffs at the eleventh hour seek additional briefing offering new "expert" evidence.  There were no new issues raised in the Reply filed by Defendant and no new evidence was submitted.  Plaintiffs' effort to produce new evidence at this late stage is untimely and prejudicial to Defendant.

///

///

09-CV-2371 IEG (BLM)

**B.     New Separate Statement**.

Plaintiffs also offer a new "Separate Statement" after the briefing on the motions has been completed. This new document is not offered to assist the court, but serves no purpose other than Plaintiffs re-arguing the issues and evidence in the case without an opportunity for Defendant to respond.

### CONCLUSION

Both proposed filings are untimely, inappropriate and prejudicial after the briefing has been completed in this matter. The motion leave to file a sur-reply should be denied and the "supplemental separate statement" should be rejected as inappropriate and untimely under this Court's Order setting the briefing schedule.

DATED: November 9, 2010                JOHN J. SANSONE, County Counsel

By: s/ *James M. Chapin*
JAMES M. CHAPIN, Senior Deputy
Attorneys for Defendant William D. Gore