## Declaration of Service

I, the undersigned, declare:

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On November 9, 2010, I served the following documents: **Defendant William D. Gore's Opposition to Plaintiff's Motion for Leave to File Sur-reply and Objection to Plaintiff's New Separate Statement** in the following manner:

☐  By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☒  By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

| | |
|---|---|
| Paul H. Neuharth, Jr., Esq. | C. D. Michael, Esq. |
| Law Offices of Paul H Neuharth | Michael & Associates, P.C. |
| 1140 Union Street, Suite 102 | 180 East Ocean Boulevard, Suite 200 |
| San Diego, CA  92101 | Long Beach, California  90802 |
| T: (619) 231-0401 | T: (562) 216-4444 |
| F: (619) 231-8759 | F: (562) 216-4445 |
| E-mail: pneuharth@sbcglobal.net | E-mail: cmichael@michaellawers.com |
| (Attorney for Plaintiff) | (co-counsel for Plaintiff) |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 9, 2010, at San Diego, California.

By: s/ *James M. Chapin*
      JAMES M. CHAPIN, Senior Deputy
      E-mail: james.chapin@sdcounty.ca.gov

Edward Peruta v. County of San Diego, et al.; USDC No. 09-CV-2371-IEG (BGS)