**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>            Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>[Doc. No. 55] |

      Having considered Plaintiffs' Motion for Leave to File a Sur-Reply, (Doc. No. 55), and finding good cause therefore:

      The Court **GRANTS** Plaintiffs' motion.  Plaintiffs' sur-reply shall not exceed five pages.

      **IT IS SO ORDERED.**

**DATED: November 10, 2010**

                                          *Irma E. Gonzalez*
                                        **IRMA E. GONZALEZ, Chief Judge**
                                        **United States District Court**