C. D. Michel – SBN 144258
Clint B. Monfort - SBN 255609
Sean A. Brady - SBN 262007
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
www.michellawyers.com
Attorneys for Plaintiffs / Petitioners

Paul Neuharth, Jr. (State Bar #147073)
pneuharth@sbcglobal.net
PAUL NEUHARTH, JR., APC
1440 Union Street, Suite 102
San Diego, CA 92101
Telephone: (619) 231-0401
Facsimile: (619) 231-8759
Attorney for Plaintiffs / Petitioners

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | **CASE NO: 09-CV-2371 IEG (BGS)**<br><br>**NOTICE OF LODGEMENT OF RECENT AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><br><br>Location:     Courtroom 1<br>Judge:         Hon. Irma E. Gonzalez<br>Date Action Filed: October 23, 2009 |

PLEASE TAKE NOTICE THAT Plaintiffs Edward Peruta, Michelle Laxson, James Dodd, Leslie Buncher, Mark Cleary, and California Rifle and Pistol Association ("CRPA") hereby lodge copies of the following exhibits in support of their Motion for Partial Summary Judgment and Consolidated Opposition/Reply to Defendant's Motion for Summary Judgment:

1. *United States v. Ligon*, 2010 U.S. Dist. LEXIS 116272 (D. Nev. Oct. 20, 2010)
   (Exhibit "A")
2. *United States v. Huet*, 2010 U.S. Dist. LEXIS 123597 (W.D. Pa. Nov. 22, 2010)
   (Exhibit "B")

Date: November 30, 2010

**MICHEL & ASSOCIATES, P.C.**            **PAUL NEUHARTH, JR., A.P.C.**

/s/ C. D. Michel                          /s/ Paul Neuharth, Jr. *as authorized on 11/29/10*
C. D. Michel                              Paul Neuharth, Jr. A.P.C.
E-mail:cmichel@michellawyers.com          E-mail: pneuharth@sbcglobal.net
Attorneys for Plaintiffs                  Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF LODGEMENT OF RECENT AUTHORITY
IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1140 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone:  (619) 231-0401<br>Facsimile:  (619) 231-8759<br>pneuharth@sbcglobal.net |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 30, 2010.

/s/  C. D. Michel
C. D. Michel
Attorney for Plaintiffs