# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Edward Peruta, Michelle Laxson, James Dodd, Dr. Leslie Buncher, Mark Cleary, and California Rifle and Pistol Association Foundation

V.

County of San Diego, William Gore, individually and in his capacity as sheriff

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 09cv2371-IEG (BGS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court concludes that Defendant's policy does not infringe on Plaintiffs' right to bear arms or violate equal protection, the right to travel, the Privileges and Immunities Clause of Article IV, or due process. Accordingly, the Court denies Plaintiffs' Motion for Summary Judgment and grants Defendant's Motion for Summary Judgment..........................................................................................................................

| December 10, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ L. Toma |
| | (By) Deputy Clerk |
| | ENTERED ON December 10, 2010 |