| | |
|---|---|
| 1 | C. D. Michel – SBN 144258 |
|   | Clint B. Monfort - SBN 255609 |
| 2 | Sean A. Brady - SBN 262007 |
|   | cmichel@michellawyers.com |
| 3 | MICHEL & ASSOCIATES, P.C. |
|   | 180 E. Ocean Blvd., Suite 200 |
| 4 | Long Beach, CA 90802 |
|   | Telephone: (562) 216-4444 |
| 5 | Facsimile:  (562) 216-4445 |
|   | www.michellawyers.com |
| 6 | Attorneys for Plaintiffs / Petitioners |

Paul Neuharth, Jr. (State Bar #147073)
pneuharth@sbcglobal.net
PAUL NEUHARTH, JR., APC
1440 Union Street, Suite 102
San Diego, CA 92101
Telephone: (619) 231-0401
Facsimile:  (619) 231-8759
Attorney for Plaintiffs / Petitioners

### IN THE UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>  Defendants. | CASE NO: 09-CV-2371 IEG (BGS)<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

1 | NOTICE IS HEREBY GIVEN that Edward Peruta, Michelle Laxson, James Dodd, Leslie Buncher, Mark Cleary, and California Rifle and Pistol Association Foundation, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court, entered in this case on December 10, 2010 (attached hereto as Exhibit "A"); the district court's order denying Plaintiffs' Motion for Partial Summary Judgment and granting Defendant's Motion for Summary Judgment, also entered on December 10, 2010 (attached hereto as Exhibit "B"), and all interlocutory orders that gave rise to the district court's judgment.

Date: December 14, 2010

/s/ C. D. Michel
C. D. Michel
**MICHEL & ASSOCIATES, P.C.**
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Attorneys for Plaintiffs

/s/ Paul Neuharth, Jr. *as authorized on 12/13/10*
Paul Neuharth, Jr. A.P.C.
**PAUL NEUHARTH, JR., A.P.C.**
pneuharth@sbcglobal.net
PAUL NEUHARTH, JR., APC
1440 Union Street, Suite 102
San Diego, CA 92101
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PERUTA, MICHELLE LAXSON, JAMES DODD, DR. LESLIE BUNCHER, MARK CLEARY, and CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF,<br><br>Defendants. | CASE NO. 09-CV-2371 IEG (BGS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| James M. Chapin<br>County of San Diego<br>Office of County Counsel<br>1600 Pacific Highway<br>Room 355<br>San Diego, CA 92101-2469<br>(619) 531-5244<br>Fax: (619-531-6005<br>james.chapin@sdcounty.ca.gov | Paul Neuharth, Jr. (State Bar #147073)<br>PAUL NEUHARTH, JR., APC<br>1140 Union Street, Suite 102<br>San Diego, CA 92101<br>Telephone:   (619) 231-0401<br>Facsimile:    (619) 231-8759<br>pneuharth@sbcglobal.net |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2010.

/s/  C. D. Michel
C. D. Michel
Attorney for Plaintiffs