**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JUN 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **EDWARD PERUTA; MICHELLE LAXSON; JAMES DODD; LESLIE BUNCHER, Dr.; MARK CLEARY; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION**,<br><br>　　　Plaintiffs - Appellants,<br><br>**STATE OF CALIFORNIA**,<br><br>　　　Intervenor - Pending,<br><br>　v.<br><br>**COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff**,<br><br>　　　Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br><br><br>**ORDER** |
| **ADAM RICHARDS; SECOND AMENDMENT FOUNDATION; CALGUNS FOUNDATION, INC.; BRETT STEWART**,<br><br>　　　Plaintiffs - Appellants,<br><br>　v.<br><br>**ED PRIETO; COUNTY OF YOLO**, | No. 11-16255<br><br>D.C. No. 2:09-cv-01235-MCE-DAD |

Defendants - Appellees.

**THOMAS**, Chief Judge:

Proposed Intervenor Michael Vogler's motion for leave to intervene is DENIED. Because Mr. Vogler moved to intervene prior to the deadline for submitting amicus briefs, his motion for leave to file an amicus curiae brief is GRANTED.